AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___0 5 - 3 3 1 -___

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

MAY 26 2005                                    _____ (Maces, Inc.)
_____                         (Signature of Party or their Representative)
(Date forms issued)

                                               _____Frank Joyce_____
                                               (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action