IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN DOE, <br><br> Defendant. | CIVIL ACTION No._____ |

## DECLARATION OF JONATHAN WHITEHEAD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

I, Jonathan Whitehead, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1.    I am Vice President and Counsel for Online Copyright Protection for the Recording Industry Association of America, Inc. ("RIAA"), where I have been employed for over 6 years. My office is located at 1330 Connecticut Avenue, N.W., Washington, DC 20036. I

submit this declaration in support of Plaintiffs' Ex Parte Application for Leave to Take

Immediate Discovery.

2.    This declaration is based on my personal knowledge, and if called upon to

do so, I would be prepared to testify as to its truth and accuracy.

## The RIAA's Role in Protecting Its Member Recording Industry Companies From Copyright Infringement

3.    The RIAA is a not-for-profit trade association whose member record

companies create, manufacture, and/or distribute approximately ninety percent of all legitimate

sound recordings produced and sold in the United States. The RIAA's member record

companies comprise the most vibrant national music industry in the world. A critical part of the

RIAA's mission is to assist its member companies in protecting their intellectual property in the

United States and in fighting against online and other forms of piracy. All of the Plaintiffs in this

action are members of the RIAA.

4.    The RIAA investigates the unauthorized reproduction and distribution of

copyrighted sound recordings online. As Vice President and Counsel for Online Copyright

Protection, I am responsible for formulating and implementing online strategies for the RIAA,

including investigations into the online infringement of copyrighted sound recordings of all

kinds.

## The Internet and Music Piracy

5.    The Internet is a vast collection of interconnected computers and computer

networks that communicate with each other. It allows hundreds of millions of people around the

world to communicate freely and easily and to exchange ideas and information, including academic research, literary works, financial data, music, movies, graphics, and an unending and ever-changing array of other data. The Internet2 is a consortium led by more than 200 universities to develop advanced network applications, network technologies, and an ultra-high speed network. A user connected to the Internet2's backbone network is able to transfer files at a significantly higher rate that a typical broadband Internet user. Unfortunately, the Internet and Internet2 also have afforded opportunities for the wide-scale piracy of copyrighted sound recordings and musical compositions. Once a sound recording has been transformed into an unsecured digital format, it can be copied further and distributed an unlimited number of times online, without significant degradation in sound quality.

6.     Much of the unlawful distribution of copyrighted sound recordings online occurs via "peer-to-peer" ("P2P") file copying networks or so-called online media distribution systems. The most notorious example of such a system was Napster, which was enjoined by a federal court. In addition, there are many other P2P networks, including KaZaA, eDonkey, iMesh, Grokster, i2hub and Gnutella, that continue to operate and to facilitate widespread copyright piracy. The major recording companies are currently engaged in litigation against KaZaA and Grokster. At any given moment, millions of people illegally use online media distribution systems to upload or download copyrighted material.

7.     P2P networks, at least in their most popular form, refer to computer systems or processes that enable individuals using the network to: (1) make files (including audio recordings) stored on a computer available for copying by other users; (2) search for files stored on other users' computers; and (3) transfer exact copies of files from one computer to another online. P2P networks enable users who otherwise would have no connection with, or

3

knowledge of, each other to offer to each other for distribution and copying files off of their PCs, to provide a sophisticated search mechanism by which users can locate these files for downloading, and to provide a means of effecting downloads.

8.    The major record companies generally have not authorized their copyrighted sound recordings to be copied or distributed in unsecured formats by means of P2P networks. Thus, the vast majority of the content that is copied and distributed on P2P networks is unauthorized by the copyright owner – that is, the distribution violates the copyright laws.

9.    The scope of online piracy of copyrighted works cannot be underestimated. Retail sales – the principal revenue source for most record companies – declined 7% in 2000, 10% in 2001, and 11% in 2002. The RIAA member companies lose significant revenues on an annual basis due to the millions of unauthorized downloads and uploads of well-known recordings that are made available on the Internet by infringers who, in virtually all cases, have the ability to maintain their anonymity to all but the Internet Service Provider ("ISP") they use to supply them with access to the Internet.

10.    In contrast to the terrible harm to copyright owners, ISPs likely benefit from P2P networks. Those who would unlawfully upload and download copyrighted music often use large amounts of bandwidth (because music files are so large). The infringers thus tend to subscribe to services, such as DSL and cable modems, that are far more expensive than ordinary telephone services. One publication recently estimated that 50-70 percent of the bandwidth of cable broadband network was being used for P2P file copying. See Alan Brezneck, "Service Control Vendors vie for MSO Business," Cable Datacom News (March 1, 2003).

11.    The persons who commit infringements by using the P2P networks are, by and large, anonymous to Plaintiffs. A person who logs on to a P2P network is free to use any alias (or computer name) whatsoever, without revealing his or her true identity to other users. Thus, Plaintiffs can observe the infringement occurring online, but do not know the true names or mailing addresses of those individuals who are committing the infringement.

## The RIAA's Identification of Copyright Infringers

12.    In order to assist its members in combating copyright piracy, the RIAA conducts searches of file-copying services, for infringing copies of sound recordings whose copyrights are owned by RIAA members. A search can be as simple as logging onto a P2P network and examining what files are being offered by others logged onto the network. These searches generally result in the identification of specific Internet Protocol ("IP") addresses from which infringers are making unauthorized copies of sound recordings available to the public. An IP address is a unique identifier that, along with the date and time, specifically identifies a particular computer or server using the Internet. An IP address also allows the RIAA to use publicly available databases to ascertain, in general terms, the infringer's ISP.

13.    The RIAA engages in a painstaking process to determine whether a person is infringing. That process relies on human review of evidence supporting the allegation of infringement. For each suspected infringer, the RIAA reviews a listing of the music files that the user has offered for upload by others from his or her computer in order to determine whether they appear to be copyrighted sound recordings. The RIAA also downloads copyrighted sound recordings from these users, and listens to them in order to confirm that they are, indeed, illegal copies of sound recordings whose copyrights are owned by RIAA members. The RIAA also

downloads and stores other evidence that demonstrates that the user is engaged in copyright infringement.

14.     The RIAA frequently has used the subpoena processes of Federal Rule of Civil Procedure 45 and the Digital Millennium Copyright Act ("DMCA") to obtain the names of infringers from ISPs. (Individuals only can gain access to the Internet after setting up an account with, or subscribing to, an ISP.) The RIAA typically has included in their subpoenas to ISPs an IP address and a date and time on which the RIAA observed use of the IP address in connection with allegedly infringing activity. In some instances, providing the IP address alone to the ISP has been enough to enable the ISP to identify the infringer. Providing the date and time further assists some ISPs in identifying infringers, especially ISPs that use "dynamic IP addressing" such that a single computer may be assigned different IP addresses at different times, including, for example, each time it logs into the Internet.4 Once provided with the IP address, plus the date and time of the infringing activity, the infringer's ISP quickly and easily can identify the computer from which the infringement occurred (and the name and address of the subscriber that controls that computer), sometimes within a matter of minutes.

15.     Since 1998, the RIAA and others have used subpoenas thousands of times to learn the names, addresses, telephone numbers, and e-mail addresses of infringers for the purpose of bringing legal actions against those infringers. During a recent litigation with Verizon (an ISP) relating to the DMCA subpoena process, Verizon conceded that, as an alternative to the DMCA process, Plaintiffs could file "John Doe" lawsuits and issue Rule 45 subpoenas to ISPs to obtain the true identities of infringing subscribers.

---

4 ISPs own or are assigned certain blocks or ranges of IP addresses. An ISP assigns a particular IP address in its block or range to a subscriber when that subscriber goes "online."

### The RIAA's Identification of the Infringers in This Case

16.    In the ordinary course of investigating online copyright infringement, the RIAA became aware that Defendant was offering files for download on various P2P networks. The user-defined author and title of the files offered for download by Defendant suggested that many were copyrighted sound recordings being disseminated without the authorization of the copyright owners. The RIAA downloaded and listened to a representative sample of the music files being offered for download by Defendant and was able to confirm that the files Defendant was offering for distribution were illegal copies of sound recordings whose copyrights are owned by RIAA members. The RIAA also recorded the time and date at which the infringing activity was observed and the IP address assigned to Defendant at the time. See Complaint Exhibit A. The RIAA could not, however, determine the physical location of the user or their identity. The RIAA could determine that the Defendant was using University of Delaware's service to distribute and make available for distribution the copyrighted files.

17.    The RIAA also has collected for Defendant a list of the files Defendant has made available for distribution to the public. Exhibit 1 to this Declaration contains such a list for the Defendant referred to in the Complaint. This list shows over a thousand files, many of which are sound recording (MP3) files that are owned by, or exclusively licensed to, Plaintiffs.

### The Importance of Expedited Discovery in This Case

18.    Obtaining the identity of copyright infringers on an expedited basis is critical to stopping the piracy of RIAA members' copyrighted works.

19.    First, every day that copyrighted material is disseminated without the authorization of the copyright owner, the copyright owner is economically harmed. Prompt identification of infringers is necessary in order for copyright owners to take quick action to stop unlawful dissemination of their works and minimize their economic losses.

20.    Second, infringement often occurs with respect to sound recordings that have not yet been distributed publicly. Such infringement inflicts great harm on the initial market for new works. New recordings generally earn a significant portion of their revenue when they are first released, and copyright piracy during a recording's pre-release or early release period therefore deprives copyright owners of an important opportunity to reap the benefits of their labor.

21.    Third, without expedited discovery Plaintiffs have no way of serving Defendant with the complaint and summons in this case. Plaintiffs do not have the Defendant's name or address, nor do they have an e-mail address for Defendant.

22.    Fourth, and perhaps most critically, service providers have different policies pertaining to the length of time they preserve "logs" which identify their users. ISPs keep log files of their user activities for only limited periods of time – which can range from as short as a few days, to a few months – before erasing the data they contain. If an ISP does not respond expeditiously to a discovery request, the identification information in the ISP's logs may be erased, making it impossible for the ISP to determine the identity of the infringer and eliminating the copyright owner's ability to take action to stop the infringement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 19, 2005 in Washington, DC

Jonathan Whitehead

EXHIBIT 1

```
                        ShareListing.txt
my music
        Tim Mcgraw
                Unknown Album
                        Barbeque Stain.mp3|2929896
        Jimi Hendrix
                Live at Woodstock Disc 1
                        08 Jam Back at the House.wma|7487695
                        07 Foxey Lady.wma|4959825
                        06 Lover Man.wma|5037511
                        05 Red House.wma|5246671
                        04 Spanish Castle Magic.wma|6878141
                        03 Hear My Train a Comin'.wma|9507585
                        02 Message to Love.wma|7129123
                        01 Introduction.wma|2300509
                Live at Woodstock Disc 2
                        08 Hey Joe.wma|5694869
                        07 Villanova Junction.wma|4338337
                        06 Woodstock Improvisation.wma|3890147
                        05 Purple Haze.wma|4272587
                        04 The Star Spangled Banner.wma|3621281
                        03 Voodoo Child (Slight Return).wma|13218693
                        02 Fire.wma|3597285
                        01 Izabella.wma|6489677
                The Jimi Hendrix Experience - You Got Me Floatin.mp3|5366454
                The Jimi Hendrix Experience - Wait Until Tomorrow.mp3|5821193
                The Jimi Hendrix Experience - Up From The Skies.mp3|5681593
                The Jimi Hendrix Experience - Spanish Castle Magic.mp3|5943238
                The Jimi Hendrix Experience - Shes So Fine.mp3|5105642
                The Jimi Hendrix Experience - One Rainy Wish.mp3|7123550
                The Jimi Hendrix Experience - Little Wing.mp3|4717773
                The Jimi Hendrix Experience - Little Miss Lover.mp3|4606603
                The Jimi Hendrix Experience - If 6 Was 9.mp3|10667839
                The Jimi Hendrix Experience - Exp.mp3|3674539
                The Jimi Hendrix Experience - Castles Made Of Sand.mp3|5343049
                The Jimi Hendrix Experience - Bold As Love.mp3|8074823
                The Jimi Hendrix Experience - Aint No Telling.mp3|3514055
                Jimi Hendrix-South Saturn Delta-15 - Midnight Lightning.mp3|5990023
                Jimi Hendrix-South Saturn Delta-14 - Drifter'S Escape.mp3|5939863
                Jimi Hendrix-South Saturn Delta-13 - Pali Gap.mp3|9887064
                Jimi Hendrix-South Saturn Delta-12 - Bleeding Heart.mp3|6243302
                Jimi Hendrix-South Saturn Delta-11 - Sweet Angel (Angel).mp3|7563222
                Jimi Hendrix-South Saturn Delta-10 - Midnight.mp3|10647750
                Jimi Hendrix-South Saturn Delta-09 - The Stars That Play With
Laughing Sam'S Dice.mp3|8353189
                Jimi Hendrix-South Saturn Delta-08 - All Along The
Watchtower.mp3|7734586
                Jimi Hendrix-South Saturn Delta-07 - Tax Free.mp3|9530150
                Jimi Hendrix-South Saturn Delta-06 - Message To The Universe
(Message Of Love).mp3|12161630
                Jimi Hendrix-South Saturn Delta-05 - Power Of Soul.mp3|10253200
                Jimi Hendrix-South Saturn Delta-04 - South Saturn Delta.mp3|7928516
                Jimi Hendrix-South Saturn Delta-03 - Here He Comes (Lover
Man).mp3|12588768
                Jimi Hendrix-South Saturn Delta-02 - Little Wing.mp3|5261930
                Jimi Hendrix-South Saturn Delta-01 - Look Over Yonder.mp3|6584358
                Jimi Hendrix Experience - Wild Thing Live.mp3|6627247
                Jimi Hendrix Experience - Wait Until Tomorrow.mp3|2889490
                Jimi Hendrix Experience - Voodoo Child Slight Return.mp3|5018992
                Jimi Hendrix Experience - Star Spangled Banner Live.mp3|3916781
                Jimi Hendrix Experience - Long Hot Summer Night.mp3|3317480
                Jimi Hendrix Experience - Little Wing.mp3|2305601
                Jimi Hendrix Experience - Gypsy Eyes.mp3|3559896
                Jimi Hendrix Experience - Crosstown Traffic.mp3|2141761
                                Page 1
```

```
                          ShareListing.txt
        Jimi Hendrix Experience - Castles Made Of Sand.mp3|2644984
        Jimi Hendrix Experience - Burning Of The Midnight Lamp.mp3|3444540
        Jimi Hendrix Experience - Angel.mp3|4111132
        Jimi Hendrix Experience - All Along The Watchtower.mp3|3859939
        Jimi Hendrix - Voodoo Child Slight Return.mp3|10398075
        Jimi Hendrix - Stone Free.mp3|3976968
        Jimi Hendrix - Still Raining Still Dreaming.mp3|6395123
        Jimi Hendrix - Star Spangled Banner.mp3|2651619
        Jimi Hendrix - Rainy Day Dream Away.mp3|5303623
        Jimi Hendrix - Purple Haze.mp3|3658901
        Jimi Hendrix - Pass It On Straight Ahead.mp3|6704987
        Jimi Hendrix - Moon Turn The TidesGently.mp3|12779982
        Jimi Hendrix - Machine Gun.mp3|10915090
        Jimi Hendrix - Lover Man.mp3|2866868
        Jimi Hendrix - Long Hot Summer Night.mp3|4987018
        Jimi Hendrix - Little Miss Strange.mp3|4145040
        Jimi Hendrix - Introduction.mp3|1725004
        Jimi Hendrix - I Dont Live Today.mp3|5222904
        Jimi Hendrix - House Burning Down.mp3|6547877
        Jimi Hendrix - Hey Joe.mp3|4635672
        Jimi Hendrix - Hey Baby New Rising Sun.mp3|5886205
        Jimi Hendrix - Have You Ever Been To Electri.mp3|3124498
        Jimi Hendrix - Gypsy Eyes.mp3|5408948
        Jimi Hendrix - Foxey Lady.mp3|6253592
        Jimi Hendrix - Crosstown Traffic.mp3|3518101
        Jimi Hendrix - Come On Let The Good Times Ro.mp3|6004028
        Jimi Hendrix - Burning Of The Midnight Lamp.mp3|5306757
        Jimi Hendrix - And The Gods Made Love.mp3|1988997
        Jimi Hendrix - All Along The Watchtower.mp3|5789908
        Jimi Hendrix - 1983A Merman I Should Turn.mp3|8361830
Michael Jackson
        Michael Jackson - You Rock My World.mp3|2881537
        Michael Jackson - Thriller.mp3|5727433
        Michael Jackson - Smooth Criminal.mp3|4122887
        Michael Jackson - Earth Song.mp3|2881537
        Michael Jackson - Dont Stop Til You Get Enough.mp3|5858254
        Michael Jackson - Black Or White.mp3|4096256
        Michael Jackson - Billie Jean.mp3|2881537
        Michael Jackson - Beat It.mp3|1787702
Creed
        Weathered
        Human Clay
        My Own Prision
                One.mp3|4824548
Ozzy Osbourne
        Blizzard Of Ozz
                02 Crazy Train.mp3|4765696
AudioSlave
        Audioslave - What You Are.mp3|3991230
        Audioslave - The Last Remaining Light.mp3|5084611
        Audioslave - Show Me How To Live.mp3|4451821
        Audioslave - Shadow On The Sun.mp3|5486270
        Audioslave - Set It Off.mp3|4217764
        Audioslave - Like A Stone.mp3|4712210
        Audioslave - Light My Way.mp3|4862257
        Audioslave - I Am The Highway.mp3|5366734
        Audioslave - Hypnotize.mp3|3311629
        Audioslave - Getaway Car.mp3|4799563
        Audioslave - Gasoline.mp3|4475645
        Audioslave - Exploder.mp3|3302433
        Audioslave - Cochise.mp3|3563658
        Audioslave - Bring Em Back Alive.mp3|5284396
Boston
```

```
                          ShareListing.txt
            Boston
                    08 Let Me Take You Home Tonight.wma|4571385
                    07 Something About You.wma|3674939
                    06 Hitch a Ride.wma|4057389
                    05 Smokin'.wma|4212783
                    04 Rock and Roll Band.wma|2915985
                    03 Foreplay-Long Time.wma|7529457
                    02 Peace of Mind.wma|4870127
                    01 More Than a Feeling.wma|4595243
       Dr. Hook
            Unknown Album
                    cover of the rolling stone.mp3|2887306
       Petey Pablo
            Freek-A-Leek (Produced By Lil'
                    02 Freek-A-Leek (Dirty).mp3|5570184
        Bob Maley
            Bob Marley-Legend Remastered- Disc 2-13 - One Love_People Get Ready
(Dub Version).mp3|7109821
            Bob Marley-Legend Remastered- Disc 2-12 - Lively Up
Yourself.mp3|7638937
            Bob Marley-Legend Remastered- Disc 2-11 - Exodus.mp3|12739072
            Bob Marley-Legend Remastered- Disc 2-10 - Waiting In
Vain.mp3|6073468
            Bob Marley-Legend Remastered- Disc 2-09 - Jamming.mp3|4859705
            Bob Marley-Legend Remastered- Disc 2-08 - Buffalo
Soldier.mp3|7808833
            Bob Marley-Legend Remastered- Disc 2-07 - Coming In From The
Cold.mp3|8233906
            Bob Marley-Legend Remastered- Disc 2-06 - No Woman No
Cry.mp3|6029581
            Bob Marley-Legend Remastered- Disc 2-05 - Could You Be
Loved.mp3|7832660
            Bob Marley-Legend Remastered- Disc 2-04 - Three Little Birds (Dub
Version).mp3|7688478
            Bob Marley-Legend Remastered- Disc 2-01 - One Love_People Get Ready
(Extended Version).mp3|10109727
            Bob Marley-Legend Remastered- Disc 1-16 - Punky Reggae
Rock.mp3|9893439
            Bob Marley-Legend Remastered- Disc 1-15 - Jamming.mp3|5131829
            Bob Marley-Legend Remastered- Disc 1-14 - Exodus.mp3|11052010
            Bob Marley-Legend Remastered- Disc 1-13 - Satisfy My
Soul.mp3|6557495
            Bob Marley-Legend Remastered- Disc 1-10 - I Shot The
Sheriff.mp3|6763134
            Bob Marley-Legend Remastered- Disc 1-08 - Easy Skanking.mp3|4289228
            Bob Marley-Legend Remastered- Disc 1-07 - Stir It Up.mp3|8032049
            Bob Marley-Legend Remastered- Disc 1-06 - Get Up Stand
Up.mp3|4793289
            Bob Marley-Legend Remastered- Disc 1-05 - Buffalo
Solider.mp3|6211424
            Bob Marley-Legend Remastered- Disc 1-01 - Is This Love.mp3|5567555
        Bob And Tom
            Disk 1
                    32 I'm Not As Drunk As You Think.mp3|2408398
        Red Hot Chili Peppers
            By the Way
                    01 By the Way.wma|3519795
            ONE HOT MINUTE
                    32 Aeroplane.mp3|4555412
            Red Hot Chilli Peppers
                Unknown Album
                        Soul To Squeeze.mp3|4692890
            The Red Hot Chili Peppers-Out in L_A_-18 - What It Is.mp3|2523222
                              Page 3
```

```
                         ShareListing.txt
        The Red Hot Chili Peppers-Out in L_A_-17 - Flea Fly.mp3|9762275
        The Red Hot Chili Peppers-Out in L_A_-16 - Stranded.mp3|1609981
        The Red Hot Chili Peppers-Out in L_A_-15 - You Always Sing the
Same.mp3|1004985
        The Red Hot Chili Peppers-Out in L_A_-14 - Blues for
Meister.mp3|652855
        The Red Hot Chili Peppers-Out in L_A_-13 - Sex Rap [Demo
Version].mp3|6991206
        The Red Hot Chili Peppers-Out in L_A_-12 - Nevermind [Demo
Version].mp3|3841883
        The Red Hot Chili Peppers-Out in L_A_-11 - Police Helicopter [Demo
Version].mp3|5200251
        The Red Hot Chili Peppers-Out in L_A_-10 - Green Heaven [Demo
Version].mp3|2921328
        The Red Hot Chili Peppers-Out in L_A_-09 - Out in L_A_ [Demo
Version].mp3|9227288
        The Red Hot Chili Peppers-Out in L_A_-08 - Get up and Jump [Demo
Version].mp3|4665263
        The Red Hot Chili Peppers-Out in L_A_-07 - F_U_ [Live].mp3|6332920
        The Red Hot Chili Peppers-Out in L_A_-06 - Special Secret Song
Inside [Live].mp3|7706961
        The Red Hot Chili Peppers-Out in L_A_-05 - Castles Made of Sand
[Live].mp3|7972365
        The Red Hot Chili Peppers-Out in L_A_-04 - Behind the Sun [Ben
Grosse Remix].mp3|11340071
        The Red Hot Chili Peppers-Out in L_A_-03 - If You Want Me to Stay
[Pink Mustang Mix].mp3|16951173
        The Red Hot Chili Peppers-Out in L_A_-02 - Hollywood (Africa)
[Extended Dance Mix].mp3|15773573
        The Red Hot Chili Peppers-Out in L_A_-01 - Higher Ground [12_ Vocal
Mix].mp3|12764267
        red hot chilli peppers - red hot chilli peppers - higher
ground.mp3|3254642
        red hot chilli peppers - one hot minute - coffee shop.mp3|3020018
  Black Sabbath
        Black Sabbath
              NIB.mp3|4980016
        Paranoid
              04 War Pigs.mp3|7643264
              04 Iron Man.mp3|5232370
        Black Sabbath - War Pigs Live.mp3|12206242
        Black Sabbath - Sweet Leaf Live.mp3|7372546
        Black Sabbath - Spiral Architect Live.mp3|8163748
        Black Sabbath - Snowblind Live.mp3|8834566
        Black Sabbath - Selling My Soul.mp3|4562732
        Black Sabbath - Sabbath Bloody Sabbath live.mp3|6647318
        Black Sabbath - Psycho Man.mp3|7678613
        Black Sabbath - Paranoid live.mp3|6480538
        Black Sabbath - OrchidLord Of This World live.mp3|10249711
        Black Sabbath - NIB Live.mp3|9719174
        Black Sabbath - Iron Man live.mp3|12021423
        Black Sabbath - Into The Void Live.mp3|9397561
        Black Sabbath - Fairies Wear Boots Live.mp3|9102278
        Black Sabbath - Electric Funeral Live.mp3|7240895
        Black Sabbath - Dirty Women live.mp3|9340636
        Black Sabbath - Children Of The Grave live.mp3|9366977
        Black Sabbath - Black Sabbath live.mp3|10781970
        Black Sabbath - Behind The Wall Of Sleep Live.mp3|5907404
  Pearl Jam
        Ten
              Dirty Frank.mp3|5416052
              07 Oceans.mp3|2588925
              05 Black.mp3|5511244
                         Page 4
```

```
                        ShareListing.txt
                04 Why Go.mp3|3194592
                03 Alive.mp3|5464662
                01 Once.mp3|3711186
        Sweet Relief
                Crazy Mary.mp3.mp3|5440284
        Rearviewmirror- Greatest Hits 1991-2003 Disc 2
                01 Black [Brendan O'Brien Remix].wma|5473935
        VS_
                12 Indifference.mp3|9671985
                04 Glorified G.mp3|3311616
        Single
                Hearts and Thoughts.mp3|3135894
                Another Lonely Day (Acoustic).mp3|3752320
        New York, NY
                08 Indifference live.mp3|4068750
        Pearl Jam-Ten-11 - Release.mp3|17477175
        Pearl Jam-Ten-10 - Deep.mp3|8268695
        Pearl Jam-Ten-09 - Garden.mp3|3598339
        Pearl Jam-Ten-08 - Porch.mp3|2537872
        Pearl Jam-Ten-06 - Jeremy.mp3|10223909
        Pearl Jam-Ten-02 - Even Flow.mp3|5064041
live
        Secret Samadhi
                02 Lakini's Juice.mp3|4797636
        Live - Where Fishes Go.mp3|6306842
        Live - What Are We Fighting For.mp3|4848571
        Live - We Walk in the Dream.mp3|6294294
        Live - Voodoo Lady.mp3|6240379
        Live - They Stood up for Love.mp3|6609049
        Live - The Sanctity of Dreams.mp3|5123166
        Live - The Dolphins Cry.mp3|6348207
        Live - The Distance.mp3|5551989
        Live - Sweet Release.mp3|4388385
        Live - Sun.mp3|5115004
        Live - Sparkle.mp3|6575149
        Live - She.mp3|3849208
        Live - Run to the Water.mp3|6456057
        Live - Run Away.mp3|5597745
        Live - River Town.mp3|5990212
        Live - Out to Dry.mp3|4808432
        Live - Meltdown.mp3|5646654
        Live - Like I Do.mp3|6119389
        Live - Lighthouse.mp3|4518795
        Live - Life Marches On.mp3|4170212
        Live - Heaven.mp3|5520003
        Live - Feel the Quiet River Rage.mp3|6645384
        Live - Face and Ghost The Childrens Song.mp3|6500572
        Live - Everytime I See Your Face.mp3|4711898
        Live - Dance With You.mp3|6657912
        Live - Bring the People Together.mp3|4396548
Linkin Park
        Meteora
                10 From The Inside.mp3|4289428
        Linkin Park-Meteora-13 - Numb.mp3|4506156
        Linkin Park-Meteora-12 - Session.mp3|5793000
        Linkin Park-Meteora-11 - Nobody's Listening.mp3|7158682
        Linkin Park-Meteora-09 - Breaking The Habit.mp3|7849360
        Linkin Park-Meteora-08 - Figure_09.mp3|4745647
        Linkin Park-Meteora-07 - Faint.mp3|6487858
        Linkin Park-Meteora-06 - Easier To Run.mp3|5036786
        Linkin Park-Meteora-05 - Hit The Floor.mp3|3946927
        Linkin Park-Meteora-04 - Lying From You.mp3|4207106
        Linkin Park-Meteora-03 - Somewhere I Belong.mp3|5139991
                        Page 5
```

```
                          ShareListing.txt
        Linkin Park-Meteora-02 - Don't Stay.mp3|7521262
        Linkin Park-Meteora-01 - Foreward.mp3|327980
311
        The Downstairs EP
        Dammit
        Greatest Hits 93-03
        Unity
Tracy Byrd
        Ten Rounds
               03 Ten Rounds With Jose Cuervo.mp3|4380141
        The Truth About Men
               01 Drinkin' Bone.mp3|3168216
Saliva
        Every Six Seconds
               01 Superstar.mp3|5844064
        Back into Your System
               08 Rest in Pieces.mp3|5447121
               03 Always.mp3|4731076
SNL
        Election 2000
               05 Debate 1 (Bush-Gore).mp3|9573355
Lit
        Lit-A Place In The Sun-12 - A Place In The Sun.mp3|6255314
        Lit-A Place In The Sun-11 - The Best Is Yet To Come
Undone.mp3|6506090
        Lit-A Place In The Sun-10 - Happy.mp3|4098645
        Lit-A Place In The Sun-09 - Quicksand.mp3|4773858
        Lit-A Place In The Sun-08 - Perfect One.mp3|5986984
        Lit-A Place In The Sun-07 - Lovely Day.mp3|5929306
        Lit-A Place In The Sun-06 - Zip-Lock.mp3|5106762
        Lit-A Place In The Sun-05 - No Big Thing.mp3|3674834
        Lit-A Place In The Sun-04 - Miserable.mp3|6158766
        Lit-A Place In The Sun-03 - Down.mp3|5380735
        Lit-A Place In The Sun-02 - My Own Worst Enemy.mp3|4063536
        Lit-A Place In The Sun-01 - Four.mp3|4835925
The Calling
        the calling - camino palmero - whereever you will go.mp3|3338505
Weezer
        Weezer
               Buddy Holly.mp3|2554866
        Weezer (Blue Album)
               07 Say It Ain't So.mp3|4122758
        Weezer - Take Control.mp3|7398758
        Weezer - Space Rock.mp3|4543052
        Weezer - Smile.mp3|6358123
        Weezer - Slob.mp3|7568031
        Weezer - Slave.mp3|5551162
        Weezer - Simple Pages.mp3|7080148
        Weezer - Possibilities.mp3|3840046
        Weezer - Photograph.mp3|5575495
        Weezer - O Girlfriend.mp3|9201290
        Weezer - Love Explosion.mp3|6210709
        Weezer - KnockDown DragOut.mp3|5144997
        Weezer - Keep Fishin.mp3|6906611
        Weezer - Island in the Sun.mp3|8023690
        Weezer - Hash Pipe.mp3|7473029
        Weezer - Glorious Day.mp3|6444850
        Weezer - Fall Together.mp3|4842937
        Weezer - Dope Nose.mp3|5511672
        Weezer - Dont Let Go.mp3|7192997
        Weezer - December.mp3|7204407
        Weezer - Death and Destruction.mp3|6358040
        Weezer - Crab.mp3|6194074
                          Page 6
```

```
                           ShareListing.txt
            Weezer - Burndt Jamb.mp3|5080545
            Weezer - American Gigolo.mp3|6495966
      Fat Joe & Terror Squad
            True Story
                  04 Lean Back.mp3|3493906
      Sisqo
            Unleash the Dragon
                  08 The Thong Song.mp3|4084352
      Radio Head
            Pablo Honey
                  02 Creep.mp3|3792477
      Usher_Ludacris_Lil John
            Unknown Album
                  Yeah.mp3|5995662
      Tool
            Lateralus
                  05 Schism.mp3|5710610
            Tool-Lateralus-07 - Parabola.mp3|5830580
            Tool-Lateralus-01 - The Grudge.mp3|16489385
      VAN hALEN
            1984
                  06 Hot For Teacher.mp3|4562324
      Bone Thugs and Harmony
            East 1999 Eternal
                  Tha Crossroads.mp3|3671106
      Sublime
            Robbin' the Hood
                  11 Poolshark (Acoustic).mp3|1411279
            Second Hand Smoke
                  10 Badfish.mp3|2994582
            Sublime-Robbin' The Hood-22 - Raleigh Soliloquy Pt_ lll.mp3|16312785
            Sublime-Robbin' The Hood-21 - Mary.mp3|3018318
            Sublime-Robbin' The Hood-20 - Freeway Time In LA County
Jail.mp3|6315206
            Sublime-Robbin' The Hood-19 - All You Need.mp3|5291188
            Sublime-Robbin' The Hood-18 - Falling Idols.mp3|5052120
            Sublime-Robbin' The Hood-17 - I Don't Care Too Much For Reggae
Dub.mp3|10254097
            Sublime-Robbin' The Hood-16 - Boss D_J_.mp3|5489298
            Sublime-Robbin' The Hood-15 - STP.mp3|5683225
            Sublime-Robbin' The Hood-14 - Raleigh Soliloquy Pt_ ll.mp3|7038269
            Sublime-Robbin' The Hood-13 - Cisco Kid.mp3|8913219
            Sublime-Robbin' The Hood-11 - Lincoln Highway Dub.mp3|4530509
            Sublime-Robbin' The Hood-10 - Work That We Do.mp3|4934258
            Sublime-Robbin' The Hood-09 - Saw Red.mp3|3771486
            Sublime-Robbin' The Hood-08 - Q-Ball.mp3|1408340
            Sublime-Robbin' The Hood-07 - Free Loop Dub.mp3|6049366
            Sublime-Robbin' The Hood-06 - Greatest-Hits.mp3|5563697
            Sublime-Robbin' The Hood-05 - Steppin' Razor.mp3|4637501
            Sublime-Robbin' The Hood-04 - Pool Shark (Orig_).mp3|1838850
            Sublime-Robbin' The Hood-03 - Raleigh Soliloquy Pt_ I.mp3|3417905
            Sublime-Robbin' The Hood-02 - Steady B Loop Dub.mp3|2677275
      Christina Aguilera
            Album
                  02 Dirrty (Cd quality).mp3|3841549
      Pink Floyd
            Unknown Album
                  wish you were here.mp3|5085616
      Dispatch
            Patchwork
                  07 - Fat Ol' Pig.mp3|2869167
                  06 - Walk With You.mp3|9297797
                  05 - Mayday.mp3|9422558
                           Page 7
```

```
                        ShareListing.txt
            04 - Gasoline Dreams.mp3|4541212
            03 - One Truth.mp3|2940638
            02 - General Remix.mp3|8700324
        Disturbed - Awaken.mp3|4367032
Counting Crows
        Shrek 2
                03 Accidentally In Love.mp3|3086297
matthew good
        Avalanche
                03 Weapon.mp3|4686039
Elephant Man
        Pan The River Pan The Banks CD
                Pan The River Pan The Banks.mp3|5762297
Soundgarden
        Soundgarden-Superunknown-14 - Half.mp3|3228542
        Soundgarden-Superunknown-13 - 4th of July.mp3|7403336
        Soundgarden-Superunknown-12 - Fresh Tendrils.mp3|6148220
        Soundgarden-Superunknown-11 - Kickstand.mp3|2263074
        Soundgarden-Superunknown-10 - The Day I Tried to Live.mp3|7672304
        Soundgarden-Superunknown-09 - Limo Wreck.mp3|8339377
        Soundgarden-Superunknown-08 - Spoonman.mp3|5916860
        Soundgarden-Superunknown-07 - Black Hole Sun.mp3|7637186
        Soundgarden-Superunknown-06 - Head Down.mp3|8859084
        Soundgarden-Superunknown-05 - Superunknown.mp3|7355699
        Soundgarden-Superunknown-04 - Mailman.mp3|6383314
        Soundgarden-Superunknown-03 - Fell on Black Days.mp3|6782672
        Soundgarden-Superunknown-02 - My Wave.mp3|7492367
        Soundgarden-Superunknown-01 - Let Me Drown.mp3|5572048
        Soundgarden-A-Sides-17 - Bleed Together.mp3|5298176
        Soundgarden-A-Sides-15 - Blow up the Outside World.mp3|8370176
        Soundgarden-A-Sides-14 - Burden in My Hand.mp3|7012352
        Soundgarden-A-Sides-12 - Fell on Black Days.mp3|6703104
        Soundgarden-A-Sides-11 - Black Hole Sun.mp3|7287281
        Soundgarden-A-Sides-10 - Day I Tried to Live.mp3|7068093
        Soundgarden-A-Sides-09 - Spoonman.mp3|6025216
        Soundgarden-A-Sides-07 - Outshined.mp3|7608320
        Soundgarden-A-Sides-06 - Jesus Christ Pose.mp3|8142848
        Soundgarden-A-Sides-05 - Get on the Snake.mp3|5658624
        Soundgarden-A-Sides-03 - Loud Love.mp3|7061504
Garth Brooks
        Scarecrow
                Beer Run.mp3|2929126
        Unknown Album
                01 I've Got Friends in Low Places.mp3|4163712
Dave Matthews Band
        Dave Mathews Band
                Everyday
                        12 Everyday.mp3|4581295
                        03 The Space Between.mp3|2928580
        Dave Matthews Band -
                Listener Supported, Disc 1
                        Number 41.mp3|6396781
                Crash
                        03 Crash Into Me.mp3|5065547
        Before These Crowded Streets
                08 Crush.mp3|3991995
                05 Stay (Wasting Time).mp3|5355114
        Crash
                02 Two Step.mp3|6132428
        Dave Matthews Band - Tripping Billies.mp3|4815645
        Dave Matthews Band - If I Had It All.mp3|4954977
        Dave Matthews Band - Drive in Drive Out.mp3|5688344
        Dave Matthews Band - Cry Freedom.mp3|5722658
                        Page 8
```

```
                              ShareListing.txt
        Lenny Kravitz
                Mama Said
                        Always on the run.mp3|4664374
                Lenny Kravitz-Greatest Hits-15 - Black Velveteen.mp3|6936273
                Lenny Kravitz-Greatest Hits-14 - Let Love Rule.mp3|8225884
                Lenny Kravitz-Greatest Hits-13 - Believe.mp3|7085490
                Lenny Kravitz-Greatest Hits-12 - I Belong to You.mp3|6173916
                Lenny Kravitz-Greatest Hits-11 - Heaven Help.mp3|4571470
                Lenny Kravitz-Greatest Hits-10 - Always on the Run.mp3|5583347
                Lenny Kravitz-Greatest Hits-09 - Stand by My Woman.mp3|6235393
                Lenny Kravitz-Greatest Hits-08 - American Woman.mp3|6285549
                Lenny Kravitz-Greatest Hits-07 - Mr_ Cab Driver.mp3|5530675
                Lenny Kravitz-Greatest Hits-06 - Can't Get You off My
Mind.mp3|6573912
                Lenny Kravitz-Greatest Hits-05 - It Ain't Over 'Til It's
Over.mp3|5827231
                Lenny Kravitz-Greatest Hits-04 - Again.mp3|5498692
                Lenny Kravitz-Greatest Hits-03 - Rock & Roll Is Dead.mp3|4903741
                Lenny Kravitz-Greatest Hits-02 - Fly Away.mp3|5330048
        D12
                D12 World
                        20 Good Die Young.mp3|8532634
                        16 40 Oz (Dirty).mp3|6905653
                        15 D-12 World.mp3|4417054
                        09 How Come.mp3|5714736
                        01 My Band.mp3|6853990
        Bon Jovi
                Crush
                        01 Its My Life.mp3|3601692
                Unknown Album
                        living on a prayer.mp3|4004929
        The Clash
                Combat Rock
                        01 Should I Stay or Go Now.mp3|3078151
        Stevie Ray Vaughan
                Stevie Ray Vaughn - Stevie Ray Vaughn  Voodoo Child.mp3|7680238
                Stevie Ray Vaughn - Stevie Ray Vaughn  Texas Flood.mp3|5155988
                Stevie Ray Vaughn - Stevie Ray Vaughn  Pride And Joy.mp3|3532311
                Stevie Ray Vaugh and DT - Stevie Ray Vaugh and DT
Superstition.mp3|4529424
                    - Stevie Ray Vaughn  Steve Vai  Guitar Duel From
Crossroads.mp3|7299200
        Staind
                Staind-Break The Cycle-13 - Take It.mp3|4345817
                Staind-Break The Cycle-12 - Waste.mp3|4733472
                Staind-Break The Cycle-11 - Outside.mp3|5844723
                Staind-Break The Cycle-10 - For You.mp3|4133685
                Staind-Break The Cycle-09 - Safe Place.mp3|5518194
                Staind-Break The Cycle-08 - Suffer.mp3|4792509
                Staind-Break the Cycle-07 - Epiphany.mp3|4124006
                Staind-Break The Cycle-06 - Can't Believe.mp3|3370932
                Staind-Break The Cycle-05 - Change.mp3|4349472
                Staind-Break The Cycle-04 - It's Been Awhile.mp3|5315490
                Staind-Break The Cycle-03 - Fade.mp3|5793302
                Staind-Break The Cycle-02 - Pressure.mp3|4057425
                Staind-Break The Cycle-01 - Open Your Eyes.mp3|4659815
        Queen
                A Night at the Opera
                        11 Bohemian Rhapsody.mp3.mp3|5655086
        Nickelback
                Someday CDS
                        32 Someday.mp3|5021035
        Our Lady Peace
                              Page 9
```

```
                              ShareListing.txt
            Gravity
                    01 All for You.wma|4111285
      SR-71
            Now You See Inside
                    02 Right Now.mp3|2703498
      Nirvana
            In Utero [Clean]
                    09 Pennyroyal Tea.mp3|3537557
            In Utero
                    03 Heart Shaped Box.mp3|4483369
            Nirvana - Where Did You Sleep Last Night.mp3|8010443
            Nirvana - Very Ape.mp3|1854248
            Nirvana - Tourettes.mp3|2287504
            Nirvana - The Man Who Sold the World.mp3|6710641
            Nirvana - Something in the Way.mp3|5569185
            Nirvana - Serve the Servants.mp3|5209673
            Nirvana - Scentless Apprentice.mp3|5468628
            Nirvana - Rape Me.mp3|2719841
            Nirvana - Radio Friendly Unit Shifter.mp3|4661700
            Nirvana - Polly.mp3|4917866
            Nirvana - Plateau.mp3|5319235
            Nirvana - Pennyroyal Tea.mp3|5217819
            Nirvana - On a Plain.mp3|5782292
            Nirvana - Oh Me.mp3|5035374
            Nirvana - Milk It.mp3|3759305
            Nirvana - Lake of Fire.mp3|4443006
            Nirvana - Jesus Doesnt Want Me for a Su.mp3|6986263
            Nirvana - Frances Farmer Will Have Her Revenge on
Seattle.mp3|5994629
            Nirvana - Dumb.mp3|3654851
            Nirvana - Come As You Are.mp3|6732479
            Nirvana - All Apologies.mp3|5543200
            Nirvana - About a Girl.mp3|5832337
      Aerosmith
            Young Lust- The Aerosmith Anthology Disc 1
                    12 Walk This Way.wma|5455975
                    11 Ain't Enough.wma|3328583
                    10 Love In An Elevator.wma|3824537
                    09 Money On My Back.wma|4744815
                    08 What It Takes.wma|3442061
                    07 Permanent Vacation.wma|4691035
                    06 Angel.wma|4977879
                    05 Dude (Looks Like a Lady).wma|4440103
                    04 Heart's Done Time.wma|3926099
                    03 Shame on You.wma|5443963
                    02 My Fist Your Face.wma|4565501
                    01 Let the Music Do the Talking.wma|4410147
            Aerosmith - Livin On The Edge Acoustic Version.m4a|5472449
            Aerosmith - Jaded.mp3|3317898
            Aerosmith - Hole In My Soul Live.m4a|5471062
            Aerosmith - Eat The Rich.m4a|4422994
            Aerosmith - Dream On.mp3|4239837
            Aerosmith - Cryin.m4a|4995538
            Aerosmith - Aint Enough.m4a|4825973
      Santana
            Supernatural
                    13 The Calling.wma|12041501
                    12 Primavera.wma|6101389
                    11 El Farol.wma|4690947
                    10 Wishing It Was.wma|4714841
                    09 Corazon Espinado.wma|4451883
                    08 Migra.wma|5300517
                    07 Maria, Maria.wma|4236865
                              Page 10
```

```
                        ShareListing.txt
                06 Do You Like the Way.wma|5718805
                05 Smooth.wma|4804477
                04 Africa Bamba.wma|4553579
                03 Put Your Lights On.wma|4595321
                02 Love of My Life.wma|5605293
                01 (Da Le) Yalleo.wma|5700849
Nelly
        BLaZn Sykwitit Vol 20
                01 Flap Your Wings.mp3|3786096
        Nellyville
                Dilemma Ft Kelly Rowland.mp3|4632850
Metallica
        Black Album
Bush
        Sixteen Stone
        Bush-The Science of Things-01 - The Chemicals Between Us.mp3|5197948
        Bush - Machinehead.mp3|4116315
        Bush - Glycerine.mp3|4278902
3 Doors Down
        the better life
        Away From The Sun
        3 Doors Down-The Better Life-11 - So I Need You.mp3|5475498
        3 Doors Down-The Better Life-10 - Smack.mp3|3602197
        3 Doors Down-The Better Life-09 - By My Side.mp3|4717525
        3 Doors Down-The Better Life-08 - Down Poison.mp3|6291142
        3 Doors Down-The Better Life-07 - Better Life.mp3|4511263
        3 Doors Down-The Better Life-06 - Life Of My Own.mp3|5725647
        3 Doors Down-The Better Life-05 - Be Like That.mp3|6385811
        3 Doors Down-The Better Life-04 - Not Enough.mp3|4662354
        3 Doors Down-The Better Life-03 - Duck And Run.mp3|5538190
        3 Doors Down-The Better Life-02 - Loser.mp3|6350414
        3 Doors Down-The Better Life-01 - Kryptonite.mp3|5618450
        3 Doors Down - When Im Gone.mp3|4191095
        3 Doors Down - Ticket To Heaven.mp3|3321743
        3 Doors Down - This Time.mp3|5101825
        3 Doors Down - The Road Im on.mp3|3837922
        3 Doors Down - Running Out Of Days.mp3|3379007
        3 Doors Down - Live For Today.m4a|3692661
        3 Doors Down - Let Me Go.m4a|3772210
        3 Doors Down - I Feel You.mp3|3958289
        3 Doors Down - Here Without You.mp3|3818279
        3 Doors Down - Going Down in Flames.mp3|3339302
        3 Doors Down - Dangerous Game.mp3|3458414
        3 Doors Down - Changes.mp3|3791102
        3 Doors Down - Away From The Sun.mp3|3733016
Limp Bizkit
        Summer Sanitarium
                01 Sanitarium.mp3|7220072
        Results May Vary
                15 Behind Blue Eyes.mp3|8785013
                06 Almost Over.mp3|6694172
                04 Underneath The Gun.mp3|8223276
        The Chocolte Starfish
                Rollin Remix.mp3|6168704
        Three Dollar Bill Y'All
                09 Faith.mp3|3720137
        The Chocolate Starfish
                My Way.mp3|6539674
        Significant Other
                03 Nookie.mp3|5331308
                01 Break Stuff.mp3|2670215
Everclear
        Everclear - Why I Dont Believe In God.mp3|4117953
                        Page 11
```

```
                        ShareListing.txt
            Everclear - White Men In Black Suits.mp3|3400315
            Everclear - Sunflowers.mp3|3648151
            Everclear - So Much For The Afterglow.mp3|3745131
            Everclear - One Hit Wonder.mp3|3336356
            Everclear - Normal Like You.mp3|3096031
            Everclear - Like A California King.mp3|7811036
            Everclear - I Will Buy You A New Life.mp3|3813259
            Everclear - Father Of Mine.mp3|3705414
            Everclear - Everything For Everyone.mp3|3207216
            Everclear - El Distorto De Melodica.mp3|2995729
            Everclear - Amphetamine.mp3|3443769
      DaRude vs Zombie Nation
        Unknown Album
            blade techno opener.mp3|5978167
      Guns N' Roses
            Guns N' Roses-Appetite For Destruction-12 - Rocket Queen.mp3|9008954
            Guns N' Roses-Appetite For Destruction-11 - Anything
Goes.mp3|4957050
            Guns N' Roses-Appetite For Destruction-10 - You're Crazy.mp3|4736993
            Guns N' Roses-Appetite for Destruction-09 - Sweet Child Of
Mine.mp3|5705101
            Guns N' Roses-Appetite For Destruction-08 - Think About
You.mp3|5562673
            Guns N' Roses-Appetite For Destruction-07 - My Michelle.mp3|5282428
            Guns N' Roses-Appetite for Destruction-06 - Paradise
City.mp3|6484973
            Guns N' Roses-Appetite For Destruction-05 - Mr_
Brownstone.mp3|5497471
            Guns N' Roses-Appetite For Destruction-04 - Out Ta Get
Me.mp3|6336941
            Guns N' Roses-Appetite For Destruction-03 - Nightrain.mp3|6447905
            Guns N' Roses-Appetite For Destruction-02 - It's So Easy.mp3|4873665
            Guns N' Roses-Appetite for Destruction-01 - Welcome to the
Jungle.mp3|4380298
      Ryan Adams
            Gold [Bonus Disc] Disc 1
                16 Goodnight, Hollywood Blvd.wma|3328525
                15 Tina Toledo's Street Walkin' Blues.wma|5946023
                14 Touch, Feel & Lose.wma|4141245
                13 Harder Now That It's Over.wma|4398195
                12 Wild Flowers.wma|4834417
                11 Gonna Make You Love Me.wma|2533677
                10 Enemy Fire.wma|4015731
                09 Sylvia Plath.wma|4033665
                08 Nobody Girl.wma|9388153
                07 When the Stars Go Blue.wma|3418125
                06 Somehow, Someday.wma|4260729
                05 The Rescue Blues.wma|3525681
                04 La Cienega Just Smiled.wma|4894197
                03 Answering Bell.wma|2981861
                02 Firecracker.wma|2766719
                01 New York, New York.wma|3675085
      Black Eyed Peas
            Elephunk
                Lets Get Retarted.mp3|5183294
                04 Hey Mama.mp3|5158580
      U2
            Sweetest THing (Promo)
                Sweetest Thing.mp3|2911631
            The Joshua Tree
                03 With or Without You.mp3|4741211
            Promo from Interscope.Com
                Beautiful Day.mp3|5860114
                        Page 12
```

```
                         ShareListing.txt
          Unknown Album
                  Sunday Bloody Sunday.mp3|4470660
                  Stuck In A Moment.mp3|7682029
                  She Moves in Mysterious Ways.mp3|3902785
                  New Year's Day.mp3|5325228
          Vertigo Radio Version
                  01 Vertigo.mp3|6070661
          Achtung Baby
                  03 One.mp3|4422888
     Scars of Life
          Mute
                  06 Shallow.mp3|5812018
          Another Tomorrow
                  Lemon.mp3|3668761
                  eyes pried open.mp3|5597144
                  descending.mp3|4973966
                  Broken Bond.mp3|4692890
                  05 Nothing Left.mp3|3538947
                  03 Bullet With Your Name.mp3|6092749
                  01 purity.mp3|5956447
     Original Soundtrack
          End of Days
                  01 Camel Song.wma|4212839
     Marilyn Manson
          Not Another Teen Movie Soundtrack
                  Tainted Love.mp3|3183133
          The Golden Age Of Grotesque
                  03 mOBSCENE.mp3|4990265
          Smells Like Children
                  Sweet Dreams.mp3|4702208
          Single
                  Like A Virgin (Rare Madonna Cover Re.mp3|7401728
          Holy Wood
                  11 The Death Song.mp3|5090104
                  10 The Nobodies.mp3|3020755
          Mechanical Animals
                  02 The Dope Show.mp3|3624713
     Goo Goo Dolls
          Goo Goo Dolls-Dizzy Up The Girl-12 - Extra Pale.mp3|3138918
          Goo Goo Dolls-Dizzy up the Girl-11 - Iris.mp3|5794716
          Goo Goo Dolls-Dizzy Up The Girl-10 - Acoustic #3.mp3|2800999
          Goo Goo Dolls-Dizzy up the Girl-09 - Full Forever.mp3|3438475
          Goo Goo Dolls-Dizzy up the Girl-08 - All Eyes on Me.mp3|4759245
          Goo Goo Dolls-Dizzy up the Girl-07 - Amigone.mp3|3916511
          Goo Goo Dolls-Dizzy Up The Girl-06 - Bullet Proof.mp3|6663569
          Goo Goo Dolls-Dizzy Up The Girl-04 - Slide (Acoustic).mp3|2369784
          Goo Goo Dolls-Dizzy up the Girl-04 - January Friend.mp3|3296371
          Goo Goo Dolls-Dizzy up the Girl-02 - Slide.mp3|2563262
          Goo Goo Dolls-Dizzy Up The Girl-01 - Dizzy.mp3|3868669
          Goo Goo Dolls - Here Is Gone.mp3|3831808
          Goo Goo Dolls - Broadway.mp3|3816472
          Goo Goo Dolls - Black Balloon.mp3|3984914
     Alice In Chains
          Alice In Chains - Alice In Chains   Would.mp3|3664849
          Alice In Chains - Alice In Chains   Them Bones.mp3|2557262
          Alice In Chains - Alice In Chains   Rooster.mp3|6535394
          Alice In Chains - Alice In Chains   Queen Of The Rodeo.mp3|4497854
          Alice In Chains - Alice In Chains   Man In The Box.mp3|4756985
          Alice In Chains - Alice In Chains   Love Hate Love.mp3|7478737
          Alice In Chains - Alice In Chains   Junkhead.mp3|5136486
          Alice In Chains - Alice In Chains   God Am.mp3|3824929
          Alice In Chains - Alice In Chains   Dirt Drunk And Disorderly
Version.mp3|5177473
```

```
                         ShareListing.txt
        Alice In Chains - Alice In Chains  Dam That River.mp3|3395275
        Alice In Chains - Alice In Chains  Bleed The Freak.mp3|4381240
        Alice In Chains - Alice In Chains  Angry Chair.mp3|4202768
        Alice In Chains - Alice In Chains  Again.mp3|4221571
        Alice In Chains - Alice In Chains  A Little Bitter.mp3|3710835
OutKast
        Speakerboxx_The Love Below
                01 Hey Ya.mp3|5015552
        Speakerboxx_ The Love Below
                The Way You Move_(2).mp3|5652941
        Speakerboxxx_The Love Below
                29 Roses.mp3|8877172
        Outkast f_ RATM
                Single
                        01 Bombs Over Bagdad (Rock Remix).mp3|4390288
Godsmack
        Godsmack-Godsmack -12 - Voodoo.mp3|21750515
        Godsmack-Godsmack -11 - Situation.mp3|13920050
        Godsmack-Godsmack -10 - Stress.mp3|12165666
        Godsmack-Godsmack -09 - Now or Never.mp3|12252392
        Godsmack-Godsmack -08 - Get Up, Get Out!.mp3|8390450
        Godsmack-Godsmack -07 - Someone In London.mp3|4932882
        Godsmack-Godsmack -06 - Immune.mp3|11610825
        Godsmack-Godsmack -05 - Bad Religion.mp3|7742613
        Godsmack-Godsmack -04 - Time Bomb.mp3|9602531
        Godsmack-Godsmack -03 - Keep Away.mp3|11615005
        Godsmack-Godsmack -02 - Whatever.mp3|8259837
        Godsmack-Godsmack -01 - Moon Baby.mp3|10537715
        Godsmack - Vampires.mp3|9106121
        Godsmack - Trippin.mp3|11856293
        Godsmack - The Journey.mp3|1997680
        Godsmack - Spiral.mp3|13412146
        Godsmack - Sick of Life.mp3|9297337
        Godsmack - Greed.mp3|8388276
        Godsmack - Goin Down.mp3|8177207
        Godsmack - Forgive Me.mp3|10373582
        Godsmack - Bad Magick.mp3|10301484
        Godsmack - Awake.mp3|12190660
How the West Was Won Disc 1
        02 Immigrant Song.wma|536728
        01 LA Drone.wma|387971
Alien Ant Farm
        Alien Ant Farm - Smooth Criminal.mp3|3350447
Maroon 5
        title
                06 Tangled.mp3|3198728
        demo
                17 Sunday Mornings.mp3|4022272
        Acoustic
                04 She Will Be loved acoustic.mp3|4444757
        Songs About Jane
                09 Secret.mp3|4069755
                04 She Will Be Loved.mp3|6189056
                03 Shiver.mp3|4321454
                02 This Love.mp3|4268703
                01 Harder to Breathe.mp3|2785784
        Maroon5
                Album
                        03 this love (acoustic).mp3|4028795
Foo Fighters
        One by One
                11 Come Back.wma|7601281
                10 Burn Away.wma|4810483
                        Page 14
```

```
                         ShareListing.txt
            09 Overdrive.wma|4362283
            08 Lonely as You.wma|4475835
            07 Halo.wma|4953897
            06 Tired of You.wma|5031601
            05 Disenchanted Lullaby.wma|4410113
            04 Times Like These.wma|4290585
            03 Have It All.wma|4810487
            02 Low.wma|4332391
            01 All My Life.wma|4248743
Snoop Doggy Dogg
     Doggystyle
            01 Bathtub.wma|1798599
Misfits
     Single (cover)
            01 Ballroom Blitz.mp3|2357290
Dashboard Confessional
     Spider-Man 2 Soundtrack
            01 Vindicated.mp3|4804835
Mark Chestnut
     Unknown Album
            The Lord Loves A Drinking Man.mp3|3863976
Smashmouth
     Shrek OST
            02 I'm A Believer.mp3|4623734
P.O.D
     The Fundamental Elements of Southtown
            01 Greetings.wma|1451995
     P_O_D-Satellite-04 - Youth Of The Nation.mp3|4149893
Eminem
     Encore (Bonus CD)
            03 Ricky Ticky Toc.mp3|3665183
            02 we as americans.mp3|7169009
            02 Love You More.mp3|6129454
     8 Miles Soundtrack
            06 Lose Yourself_.mp3|5308416
KoRn
     Issues
            16 Dirty.wma|7571337
            15 Counting.wma|3531567
            14 Wish You Could Be Me.wma|1105335
            13 Let's Get This Party Started.wma|3585391
            12 No Way.wma|4015619
            11 Somebody Someone.mp3|5434034
            10 Hey Daddy.wma|3639137
            09 Am I Going Crazy.wma|967879
            08 Wake Up.wma|4021597
            06 Make Me Bad.wma|3812445
            05 Beg for Me.wma|3782563
            04 4 U.wma|1673021
            03 Trash.wma|3352281
            02 Falling Away From Me.mp3|6394318
            01 Dead.wma|1177015
     Korn
            12 Daddy.wma|16917749
            11 Helmet in the Bush.wma|3913999
            10 Lies.wma|3274539
            09 Fake.wma|4696827
            08 Predictable.wma|4398041
            07 Shoots and Ladders.wma|5210791
            06 Faget.wma|5647013
            05 Divine.wma|2772559
            04 Clown.wma|4469741
            03 Need To.wma|3902025
                         Page 15
```

```
                        ShareListing.txt
            02 Ball Tongue.wma|4356209
            01 Blind.wma|4170941
     Untouchables
            15 [Untitled Hidden Track] [-].wma|4224813
            14 No One's There.wma|4929963
            13 I'm Hiding.wma|3830371
            12 Wake Up Hate.wma|3107279
            11 Beat It Upright.wma|4117229
            10 Embrace.wma|4308445
            09 Alone I Break.wma|4141129
            08 One More Time.wma|4505665
            07 Hating.wma|5007635
            06 Thoughtless.wma|4398093
            05 Bottled Up Inside.wma|3872217
            04 Hollow Life.wma|4015629
            03 Blame.wma|3728769
            02 Make Believe.wma|4475783
            01 Here to Stay.wma|4368215
     Life is Peachy
            14 Kill You.wma|8342233
            13 Ass Itch.wma|3573385
            12 Low Rider.wma|973993
            11 A.D.I.D.A.S.wma|2497713
            10 Wicked.wma|3908045
            09 No Place to Hide.wma|3447905
            08 K@#Ø%!.wma|2981757
            07 Mr. Rogers.wma|5037509
            06 Good God.wma|3274585
            05 Porno Creep.wma|1989751
            04 Swallow.wma|3561431
            03 Lost.wma|2856257
            02 Chi.wma|3818391
            01 Twist.wma|836371
     Follow The Leader
            25 My Gift to You.wma|15143035
            24 Cameltosis.wma|4499797
            23 Seed.wma|5730815
            22 Justin.wma|4153155
            21 Reclaim My Place.wma|4404167
            20 All in the Family.wma|4673113
            19 Pretty.wma|4075467
            18 B.B.K.wma|3818499
            17 Children of the Korn.wma|3764775
            16 Dead Bodies Everywhere.wma|4613339
            15 Got the Life.mp3|3606290
            14 Freak on a Leash.wma|4129271
            13 It's On!.wma|4338415
O.A.R
     Any Time Now Disc 1
            01 City on Down.wma|7941809
     Risen
            01 Delicate Few.wma|5599225
     The Red Hot Chili Peppers
            Unknown Album
                   fortune faded.mp3|4810222
     O.A.R_
            Soul's Aflame
                   01 City on Down.mp3|4653937
            Untitled - 07-21-01 (10)
     OAR - 15 Then.wma|74379
Rage Against the Machine
     Renegades [Australia Bonus Tracks]
     Rage Against the Machine
                        Page 16
```

```
                            ShareListing.txt
                    01 Bombtrack.wma|3949975
            Guerilla Radio
                    01 Guerrilla Radio.wma|3346291
            Rage Against the Machine - War Within a Breath.mp3|3479178
            Rage Against the Machine - Voice of the Voiceless.mp3|2428429
            Rage Against the Machine - Testify.mp3|3373435
            Rage Against the Machine - Sleep Now in the Fire.mp3|3293187
            Rage Against the Machine - New Millennium Homes.mp3|3633405
            Rage Against the Machine - Mic Check.mp3|3422336
            Rage Against the Machine - Maria.mp3|3653049
            Rage Against the Machine - Guerrilla Radio.mp3|3301128
            Rage Against the Machine - Calm Like a Bomb.mp3|4785301
            Rage Against the Machine - Born of a Broken Man.mp3|4498999
            Rage Against the Machine - Born as Ghosts.mp3|3234254
            Rage Against the Machine - Ashes in the Fall.mp3|4433379
Stage
            Stage Live Poughkeepsie
                    08 Track 08.mp3|4114432
                    07 Track 07.mp3|7641088
                    06 Track 06.mp3|5277696
                    04 Track 04.mp3|6324224
                    03 Track 03.mp3|4581376
                    01 Track 01.mp3|4648960
            (Ryan solo) Joni Mitchell cover
                    River.mp3|9816105
            Sketches
                    The One You Know.mp3|3847212
                    Stage - Shaman (Acoustic).mp3|5118226
                    I Know Where You Are.mp3|6033139
                    23 Track 23.mp3|1970176
                    15 Track 15.mp3|4239360
            Unknown Album
                    _Perfect.mp3|3900711
                    The Frog Prince.mp3|4170295
                    Sorry For The Sound It Makes.mp3|6770419
                    My Nubby Sweater.mp3|5239016
                    Jesus Was A Test Tube Baby (Old Scho.mp3|6489550
                    I Will Be Something (Acoustic).mp3|3741469
                    Braces.mp3|4205403
            Rarities
                    Stage - Ego (Live).mp3|5874314
Kenny Chesney
            When The Sun Goes Down
                    07 Keg In The Closet.mp3|5104423
            No Shoes, No Shirt, No Problems
                    09 No Shoes, No Shirt, No Problems.mp3|3381794
            Kenney Chesney
                    Everywhere We Go
                            She Thinks My Tractor Is Sexy.mp3|3967488
Fuel
            Fuel - Wont Back Down.mp3|3274592
            Fuel - These Things.mp3|4770724
            Fuel - Running Away.mp3|4720569
            Fuel - Quarter.mp3|3528131
            Fuel - Most of All.mp3|4069807
            Fuel - Million Miles.mp3|3709526
            Fuel - Luck.mp3|4092794
            Fuel - Getting Thru.mp3|3999171
            Fuel - Falls on Me.mp3|4069807
            Fuel - Down Inside of You.mp3|3969078
            Fuel - Die Like This.mp3|4317238
            Fuel - Days With You.mp3|4331449
Billy Joel
```

```
                        ShareListing.txt
            Greatest Hits, Vol. 3
            Billy Joel's Greatest Hits
                    My Life.mp3|3639716
            Cold Spring Harbor
                    01 Shes Got a Way.mp3|2322560
            Unknown
                    Oh What night.mp3|3017636
            Greatest Hits Volume II (1978-
                    02 Big Shot.mp3|3585076
            Billy Joel_Ray Charles
                    Greatest Hits, Vol. 3
            Unknown Album
                    You May Be Right.mp3.mp3|3995776
                    These are the Times to Remember.mp3|9662296
            13 going on 30 soundtrack
                    Vienna.mp3|3431829
            Single
                    For the Longest Time.mp3|3489423
            Billy Joel & Elton John
                    Face to Face_ Live in Tokyo
                            I Guess That's Why........mp3|4780657
            Billy Joel-Greatest Hits Vol_ III-17 - Light As The
Breeze.mp3|8950656
            Billy Joel-Greatest Hits Vol_ III-16 - Hey Girl.mp3|5701230
            Billy Joel-Greatest Hits Vol_ III-15 - To Make You Feel My
Love.mp3|5612212
            Billy Joel-Greatest Hits Vol_ III-14 - The River Of
Dreams.mp3|6039778
            Billy Joel-Greatest Hits Vol_ III-13 - Lullabye (Goodnight, My
Angel).mp3|5162702
            Billy Joel-Greatest Hits Vol_ III-12 - All About Soul
(Remix).mp3|8679820
            Billy Joel-Greatest Hits Vol_ III-11 - Shameless.mp3|6433485
            Billy Joel-Greatest Hits Vol_ III-10 - The Downeaster
_Alexa_.mp3|5380868
            Billy Joel-Greatest Hits Vol_ III-09 - And So It Goes.mp3|5236036
            Billy Joel-Greatest Hits Vol_ III-08 - I Go To Extremes.mp3|6349482
            Billy Joel-Greatest Hits Vol_ III-07 - We Didn't Start The
Fire.mp3|6940066
            Billy Joel-Greatest Hits Vol_ III-06 - Leningrad.mp3|5871747
            Billy Joel-Greatest Hits Vol_ III-05 - This Is The Time.mp3|7227196
            Billy Joel-Greatest Hits Vol_ III-04 - Baby Grand.mp3|5904976
            Billy Joel-Greatest Hits Vol_ III-03 - A Matter Of Trust.mp3|6055448
            Billy Joel-Greatest Hits Vol_ III-02 - An Innocent Man.mp3|7670441
            Billy Joel-Greatest Hits Vol_ III-01 - Keeping The Faith.mp3|6698688
            Billy Joel-Greatest Hits Vol_ II-14 - The Night Is Still
Young.mp3|7853507
            Billy Joel-Greatest Hits Vol_ II-13 - You're Only Human (Second
Wind).mp3|6932541
            Billy Joel-Greatest Hits Vol_ II-12 - The Longest Time.mp3|5191517
            Billy Joel-Greatest Hits Vol_ II-11 - Uptown Girl.mp3|4686826
            Billy Joel-Greatest Hits Vol_ II-10 - Tell Her About It.mp3|5177098
            Billy Joel-Greatest Hits Vol_ II-07 - Pressure.mp3|4695599
            Billy Joel-Greatest Hits Vol_ II-06 - She's Got A Way
[live].mp3|4340139
            Billy Joel-Greatest Hits Vol_ II-04 - It's Still Rock And Roll To
Me.mp3|4200339
            Billy Joel-Greatest Hits Vol_ I -11 - She's Always A Woman To
Me.mp3|4748293
            Billy Joel-Greatest Hits Vol_ I -10 - Only The Good Die
Young.mp3|5601554
            Billy Joel-Greatest Hits Vol_ I -09 - Movin' Out (Anthony's
Song).mp3|4999695
                            Page 18
```

```
                              ShareListing.txt
                Billy Joel-Greatest Hits Vol_ I -08 - Just The Way You
Are.mp3|5202190
                Billy Joel-Greatest Hits Vol_ I -07 - Scenes From An Italian
Restaurant.mp3|10876626
                Billy Joel-Greatest Hits Vol_ I -06 - The Stranger.mp3|7385182
                Billy Joel-Greatest Hits Vol_ I -05 - New York State Of
Mind.mp3|8705526
                Billy Joel-Greatest Hits Vol_ I -04 - Say Goodbye To
Hollywood.mp3|5630393
                Billy Joel-Greatest Hits Vol_ I -03 - The Entertainer.mp3|5256101
                Billy Joel-Greatest Hits Vol_ I -02 - Captain Jack.mp3|9998263
                Billy Joel-Greatest Hits Vol_ I -01 - Piano Man.mp3|8069797
        Juvenile
                Juve The Great
                        17 Slow Motion (Feat. Soulja Slim).mp3|5959680
        Trick Daddy f_Lil John & Twista
                Album
                        02 Lets go.mp3|5464694
        Train
                Drops of Jupiter
                        03 Drops of Jupiter.mp3|6234240
        The Smashing Pumpkins
                The Smashing Pumpkins - Zero.mp3|2580357
                The Smashing Pumpkins - Tonight Tonight.mp3|4088354
                The Smashing Pumpkins - To Forgive.mp3|4120955
                The Smashing Pumpkins - Take Me Down.mp3|2769693
                The Smashing Pumpkins - Porcelina of the Vast Oceans.mp3|8991851
                The Smashing Pumpkins - Muzzle.mp3|3598506
                The Smashing Pumpkins - Mellon Collie and the Infinite
Sadness.mp3|2766349
                The Smashing Pumpkins - Love.mp3|4197023
                The Smashing Pumpkins - Jellybelly.mp3|2914725
                The Smashing Pumpkins - Here Is No Why.mp3|3613134
                The Smashing Pumpkins - Galapogos.mp3|4597010
                The Smashing Pumpkins - Cupid de Locke.mp3|2736674
                The Smashing Pumpkins - Bullet With Butterfly Wings.mp3|4136419
                The Smashing Pumpkins - An Ode to No One.mp3|4668481
        Deep Purple
                Singele
                        Smoke On The Water.mp3|4552704
        Powerman 5000
                Powerman 5000-Tonight The Stars Revolt-0 - When Worlds
Collide.mp3|2860981
        How The West Was Won (Disc 2)
                2-03 Dancing Days.m4a|905545
        Yes
                Yes-Highlights - The Very Best Of Yes-12 - Rhythm Of
Love.mp3|6852936
                Yes-Highlights - The Very Best Of Yes-11 - Leave It.mp3|6132561
                Yes-Highlights - The Very Best Of Yes-10 - Owner Of A Lonely
Heart.mp3|6465490
                Yes-Highlights - The Very Best Of Yes-09 - Going For The
One.mp3|8015255
                Yes-Highlights - The Very Best Of Yes-08 - Wondrous
Stories.mp3|5550630
                Yes-Highlights - The Very Best Of Yes-07 - Soon.mp3|5953112
                Yes-Highlights - The Very Best Of Yes-06 - Long Distance
Runaround.mp3|5085576
                Yes-Highlights - The Very Best Of Yes-05 - Roundabout.mp3|12304768
                Yes-Highlights - The Very Best Of Yes-04 - I've Seen All Good
People.mp3|9959408
                Yes-Highlights - The Very Best Of Yes-03 - Starship
Trooper.mp3|13574961
                              Page 19
```

ShareListing.txt
            Yes-Highlights - The Very Best Of Yes-02 - Time And A
Word.mp3|6503712
            Yes-Highlights - The Very Best Of Yes-01 - Survival.mp3|9105492
      311 unreleased
            ywb_freakyflow.mp3|3117902
            we_do_it_like_this.mp3|2870210
            uncalm_freakyflow.mp3|2817427
            transistor_singlemalt.mp3|1325939
            Time_is_Precious.mp3|3745581
            Space_Funk_Transistor_B-Side.mp3|3741956
            Seal_the_Deal_Soundsystem_Pre-Production_Demo.mp3|4851656
            prisoner_spina.mp3|1606217
            prisoner_perry.mp3|2035371
            Old_Funk_Transistor_B-Side.mp3|3931293
            new_intro_with_MC.mp3|1132148
            Love_Song(Cirrus_House_Mix)-1.mp3|6120639
            I'll_be_here_awhile-breakbeat_Remix.mp3|3528340
            I'll_be_here_awhile-acoustic.mp3|3346103
            Crack_the_Code(Neil_Pogue_Remix).mp3|3754990
            Cali_Soca_Soundsystem_Pre-Production.mp3|5200265
            Blizza.mp3|234372
            bepempire.mp3|4273479
            Amber-Zack_Hexum_Remix.mp3|3366563
            Amber-Trixx_n_B_Remix.mp3|3683390
            Amber-Supa_Dups_Remix_(with_Ward_21).mp3|3797075
            Amber-Supa_Dups_Remix_(with_311_only).mp3|3464798
            all_mixed_up_lofton.mp3|1601485
            all_mixed_up_butcher.mp3|1285169
      Ying Yang Twins
            Alley...Return Of The Ying Yang Twins
                  12 Twurkulator.mp3|4046848
            Naggin(Full Vls)
                  02 Naggin(Dirty).mp3|3048931
      Incubus
            Scream 3
                  10 Crowded Elevator.mp3|4560909
            When Incubus Attacks
                  01 Pardon Me (Acoustic).mp3|3754102
            make yourself (acoustic).mp3|3205703
            life house - hanging by the moment364.mp3|3476628
            Incubus - You Will Be A Hot Dancer.mp3|6170752
            incubus - when incubus attacks - vol 1 - stellar
(acoustic).mp3|3137536
            Incubus - Trouble In 421.mp3|6764672
            Incubus - The Answer.mp3|4380768
            Incubus - Take Me To Your Leader.mp3|6422656
            Incubus - Speak Free.mp3|7086208
            Incubus - Shaft.mp3|4663518
            Incubus - Psychopsilocybin.mp3|6244480
            Incubus - Medium.mp3|4614272
            Favorite things (live).mp3|3567716
            06 Pardon Me (Live).mp3|10080256
      The White Stripes
            Elephant-ADVANCE VINYL
                  01 Seven Nation Army.mp3|5531828
      The Roots
            The Roots - You Aint Fly.mp3|4539332
            The Roots - What Goes On Pt 7.mp3|5337216
            The Roots - The Unlocking.mp3|7885513
            The Roots - The Lesson Pt 1.mp3|5019985
            The Roots - Swept Away.mp3|3695472
            The Roots - Silent Treatment.mp3|6613663
            The Roots - Proceed.mp3|4416452
                        Page 20

```
                           ShareListing.txt
          The Roots - Mellow My Man.mp3|4522614
          The Roots - I Remain Calm.mp3|3985536
          The Roots - Essaywhuman.mp3|4809752
          The Roots - Do You Want More.mp3|3240315
          The Roots - Distortion to Static.mp3|4198695
          The Roots -  Vs Rahzel.mp3|3181800
          Roots - Seed 20 The featuring Cody.mp3|6436358
          Roots - Pass the Popcorn.mp3|5325440
          Roots - Dont Say Nuthin.mp3|5091638
     Stone Temple Pilots
          Core
               09 Plush.mp3|5023302
               09 plush (live-acoustic).m.mp3|3749138
               07 Creep.mp3|5338313
               03 Wicked Garden.mp3|5913582
               01 Dead and Bloated.mp3|4966491
          Stone Temple Piolts
               Big Shiny Tunes 2
                    Lady Picture Show.mp3|3957699
          Thank you
               14 Sour Girl.mp3|4125139
          Stone Temple Pilots-Thank You-11 - All In The Suit That You
Wear.mp3|5324054
          Stone Temple Pilots-Thank You-09 - Long Way Home.mp3|6860478
          Stone Temple Pilots-Thank You-05 - Plush.mp3|7632867
          Stone Temple Pilots-Thank You-04 - Big Empty.mp3|4741833
          Stone Temple Pilots-Thank You-03 - Wicked Garden.mp3|3962757
          Stone Temple Pilots-Thank You-02 - Interstate Love Song.mp3|4325138
     Tim Hein
          Tim Hein-Why She Cries.mp3|5114193
          Tim Hein-Train Song.mp3|3757915
          Tim Hein-Thanks.mp3|4351417
          Tim Hein-Away.mp3|3011022
     Jay-Z
     2Pac
          2Pac-Greatest Hits-06 - California Love.mp3|4567126
          2PAC-Greatest Hits-05 - Changes.mp3|5385848
          2Pac-Greatest Hits-01 - Keep Ya Head Up.mp3|4225654
     Disturbed
          Believe
               05 Remember.mp3|4048355
               02 Liberate.mp3|5042048
               01 Prayer.mp3|3803091
          Disturbed - Mistress.mp3|3597094
          Disturbed - Intoxication.mp3|3051615
          Disturbed - Disturbed  Disturbed  Devour.mp3|3612966
          Disturbed - Darkness.mp3|3773461
          Disturbed - Breathe.mp3|4142073
          Disturbed - Bound.mp3|3661033
          Disturbed - Believeredone.mp3|4254526
     REM
          eponymous
               Its The End Of The World As We Know.mp3|3908634
          REM - Whats The Frequency Kenneth.mp3|3861193
          REM - The Sidewinder Sleeps Tonite.mp3|3974042
          REM - The Great Beyond.mp3|4914868
          REM - Stand.mp3|3077520
          REM - Nightswimming.mp3|4134956
          REM - Man On The Moon.mp3|5033569
          REM - Losing My Religion.mp3|4306738
          REM - Imitation Of Life.mp3|3816054
          REM - Everybody Hurts.mp3|5103786
          REM - Electrolite.mp3|3962757
                           Page 21
```

```
                          ShareListing.txt
          REM - EBow The Letter.mp3|5218725
          REM - Daysleeper.mp3|3530587
          REM - Bad Day.mp3|3968191
          REM - At My Most Beautiful.mp3|3464968
          REM - Animal.mp3|3887525
          REM - All The Way To Reno.mp3|4576321
          REM - All The Right Friends.mp3|2696341
  Silverchair
          diorama
                  02 the greatest view.mp3|3829762
          Neon Ballrom
          silver chair
                  Freak Show
                          03 Abuse Me.mp3|3843691
                          02 freak.mp3|3620278
                  Neon Ballroom
          Frogstomp
                  01 Israel's Son.mp3|6380180
          Sounds Like Teen Screaming
                  02 suicidal dream(acoustic).mp3|3702784
          (live)
                  05 Tomorrow (acoustic).mp3|4703885
          Frog Stomp
                  07 Suicidal Dreams.mp3|3088762
                  02 Tomorrow.mp3|4277524
          Neon Ballroom
                  01 Emotion Sickness.wma|5844305
          Single
                  Very Hard To Drink.mp3|4261974
                  32 Acid Rain.mp3|3359440
          Silverchair - Undecided.mp3|4424654
          Silverchair - Shade.mp3|3872768
          Silverchair - Pure Massacre.mp3|4784128
          silverchair - leave me out.mp3|2938391
          Silverchair - Frogstomp - Madman.mp3|2617398
          Silverchair - Findaway.mp3|2119343
          Silverchair - Faultline.mp3|4156272
          Silverchair - Cicada.mp3|4857034
  Notorious BIG
          Ready to Die
                  10 juicy.mp3|4847535
  House of Pain
          Unknown Album
                  32 Jump Around.mp3|3357059
  Nelly (Ft. Tim McGraw)
          Unknown Album
                  09 Over And Over Again.mp3|6222079
  Presidents of the USA
          Presidents of the USA - Peaches.mp3|2746728
  Oasis
          What's the Story Morning Glory
                  03 Wonderwall.mp3|4144621
          Oasis-(What's the Story) Morning Glory_-10 - Morning
Glory.mp3|4866552
          Oasis-(What's the Story) Morning Glory_-09 - She's
Electric.mp3|3540127
          Oasis-(What's the Story) Morning Glory_-06 - [Untitled
Track].mp3|725752
          Oasis-(What's the Story) Morning Glory_-04 - Don't Look Back in
Anger.mp3|4330190
  Green Day
          The New Guy Soundtrack
                  Outsider.mp3|2200073
                          Page 22
```

```
                         ShareListing.txt
        Shenanigans
                02 desensitized.mp3|2720288
                01 Suffocate.mp3|2876054
        Punk Cover Songs
                Eye of the Tiger.mp3|1316492
        Warning
                11 Minority.mp3|2711675
                05 Castaway.mp3|5573330
        Single
                Superman.mp3|3616639
                I Fought The Law.mp3|3909680
        Insomniac
                10 Brain Stew.mp3|3088384
        Green Day-Warning-12 - Macy's Day Parade.mp3|8587935
        Green Day-Warning-10 - Waiting.mp3|4659231
        Green Day-Warning-08 - Hold On.mp3|4250466
        Green Day-Warning-07 - Deadbeat Holiday.mp3|8623462
        Green Day-Warning-06 - Misery.mp3|7346267
        Green Day-Warning-04 - Fashion Victim.mp3|6754139
        Green Day-Warning-03 - Church on Sunday.mp3|7950548
        Green Day-Warning-02 - Blood, Sex and Booze.mp3|5121923
        Green Day-Warning-01 - Warning.mp3|5348235
        Green Day-Kerplunk!-16 - My Generation.mp3|4476180
        Green Day-Kerplunk!-15 - Strangeland.mp3|4105030
        Green Day-Kerplunk!-14 - Best Thing In Town.mp3|3947884
        Green Day-Kerplunk!-13 - Sweet Children.mp3|3251560
        Green Day-Kerplunk!-12 - Words I Might Have Ate.mp3|4883281
        Green Day-Kerplunk!-11 - Who Wrote Holden Caulfield_.mp3|5253598
        Green Day-Kerplunk!-10 - No One Knows.mp3|7038268
        Green Day-Kerplunk!-09 - Android.mp3|5786893
        Green Day-Kerplunk!-08 - 80.mp3|7028226
        Green Day-Kerplunk!-07 - One Of My Lies.mp3|4465313
        Green Day-Kerplunk!-06 - Dominated Love Slave.mp3|3262432
        Green Day-Kerplunk!-05 - Private Ale.mp3|4680977
        Green Day-Kerplunk!-04 - Christie Road.mp3|6834304
        Green Day-Kerplunk!-03 - Welcome To Paradise.mp3|6741523
        Green Day-Kerplunk!-02 - One For The Razorbacks.mp3|4806375
        Green Day-Kerplunk!-01 - 2000 Light Years Away.mp3|4626652
        Green Day-Insomniac-14 - Walking Contradiction.mp3|3640471
        Green Day-Insomniac-13 - Tight Wad Hill.mp3|2909454
        Green Day-Insomniac-12 - Westbound Sign.mp3|3202861
        Green Day-Insomniac-11 - Jaded.mp3|2185330
        Green Day-Insomniac-09 - Stuart and the Ave_.mp3|2967763
        Green Day-Insomniac-07 - 86.mp3|4031661
        Green Day-Insomniac-06 - Bab's Uvula Who_.mp3|3081236
        Green Day-Insomniac-05 - No Pride.mp3|3360216
        Green Day-Insomniac-04 - Geek Stink Breath.mp3|3267438
        Green Day-Insomniac-03 - Stuck With Me.mp3|3259283
        Green Day-Insomniac-02 - Brat.mp3|2485005
        Green Day-Insomniac-01 - Armatage Shanks.mp3|3283109
Five For Fighting
        America Town
                03 Superman.mp3|5391866
        Battle For Everything
                01 100 Years.mp3|6031920
SLIPKNOT
        Vol. 3- The Subliminal Verses
                14 Danger - Keep Away.wma|3161121
                13 The Virus of Life.wma|5258695
                12 The Nameless.wma|4338381
                11 Vermilion, Pt. 2.wma|3633221
                10 Before I Forget.wma|4511691
                09 Pulse of the Maggots.wma|4194973
                         Page 23
```

```
                        ShareListing.txt
            08 Vermilion.wma|5127207
            07 Welcome.wma|3161099
            06 Circle.wma|4248729
            05 Opium of the People.wma|3125267
            04 Duality.wma|4081403
            03 Three Nil.wma|4655103
            02 The Blister Exists.wma|5157105
            01 Prelude.wma|3848339
      Iowa
            14 Iowa.wma|14569225
            13 Metabolic.wma|3860243
            12 New Abortion.wma|3507665
            11 Skin Ticket.wma|6471759
            10 I Am Hated.wma|2557477
            09 The Shape.wma|3519611
            08 Left Behind.wma|3896103
            07 Gently.wma|4738709
            06 The Heretic Anthem.wma|4093325
            05 Everything Ends.wma|4111247
            04 My Plague.wma|3555467
            03 Disasterpiece.wma|4971787
            02 People = Shit.wma|3489739
            01 (515).wma|979803
Wheatus
      Unknown
            03 Wannabe Gangstar.mp3|3655808
      Wheatus
            03 Teenage Dirtbag.mp3|3896131
Tripside
      Tomorrow
            06 Realize.wma|3328255
            05 Tomorrow.wma|3621081
            04 Looking.wma|4386007
            03 When Stars Collide.wma|4386029
      tripside-sound_of_sirens.mp3|4036224
      tripside-fear_of_falling.mp3|3780384
      tripside-anyone_and_everyone.mp3|4532544
      tripside-already_there.mp3|4716384
      Tripside - Say Goodbye.mp3|4489482
      Tripside - Lest Go Down.mp3|5649436
      Tripside - I know WHat Yur Thinking.mp3|5285185
Ciara feat. Missy Elliot
      Unknown Album
            One Two Step.mp3|4030464
ACDC
      Dirty Deeds Done Dirt Cheap
      Back in Black
      The Razor's Edge
      Let There Be Rock
      '74 Jailbreak
      Stiff Upper Lip
      For Those About to ROck
      Highway To Hell
      Single
      let there be rock.mp3|5826944
      its a long way to the top.mp3|5057895
      Ballroom Blitz.mp3|2548096
      AC_DC-Back In Black-10 - Rock And Roll Ain't Noise
Pollution.mp3|5115540
            AC_DC-Back In Black-07 - You Shook Me All Night Long.mp3|4210127
            AC_DC-Back In Black-06 - Back In Black.mp3|5122309
            AC_DC-Back In Black-04 - Givin The Dog A Bone.mp3|4249826
            AC_DC-Back In Black-02 - Shoot To Thrill.mp3|6368874
                        Page 24
```

```
                              ShareListing.txt
            AC_DC-Back In Black-01 - Hells Bells.mp3|6258141
            ACDC - What Do You Do For Money Honey.mp3|4319844
            ACDC - Shake a Leg.mp3|3945496
            ACDC - Let Me Put My Love Into You.mp3|5104037
            32 Thunderstruck.mp3|4683241
            32 Highway to Hell.mp3|3335451
            09 for those about to rock.mp3|5520915
            08 Have A Drink On Me.mp3|3829301
            06 Shot Down in Flames.mp3|3248841
            06 Big Balls.mp3|2563900
            04 Touch Too Much.mp3|4266572
            03 Money Talks.mp3|4151477
            01 stiff upper lip.mp3|3436390
            01 Jailbreak.mp3|4439306
      lil john
            Lil Jon & The Eastside Boyz
                  Part 2
                        Get Low (remix).mp3|7476003
            Unknown Album
                  get low.mp3|8022708
      Something Corporate(1)
            Leaving Through The Window
                  14 Globes & Maps.wma|4649191
                  13 You're Gone.wma|4505765
                  12 Not What It Seems.wma|3244839
                  11 Drunk Girl.wma|4033657
                  10 Good News.wma|3776687
                  09 Straw Dog.wma|3734855
                  08 Fall.wma|3597399
                  07 Cavanaugh Park.wma|4200993
                  06 Hurricane.wma|3752785
                  05 The Astronaut.wma|4368319
                  04 If You C Jordan.wma|4147211
                  03 I Woke Up In A Car.wma|4117337
                  02 Punk Rock Princess.wma|3776705
                  01 I Want To Save You.wma|4266737
      RaM JAM
            Single
                  Black Betty.mp3|3849712
      George Thorogood
            Single
                  One Bourbon, One Scotch,....mp3|8053955
      My Playlists
            rap.wpl|17702
      Joe Satriani
            Joe Satriani-Strange Beautiful Music-14 - You Saved My
Life.mp3|7259798
            Joe Satriani-Strange Beautiful Music-13 - The Traveler.mp3|8158196
            Joe Satriani-Strange Beautiful Music-12 - The Journey.mp3|5985852
            Joe Satriani-Strange Beautiful Music-11 - Hill Groove.mp3|6010930
            Joe Satriani-Strange Beautiful Music-10 - Seven String.mp3|5834134
            Joe Satriani-Strange Beautiful Music-09 - What Breaks A
Heart.mp3|7682982
            Joe Satriani-Strange Beautiful Music-08 - Mountain Song.mp3|5076165
            Joe Satriani-Strange Beautiful Music-07 - New Last Jam.mp3|6237882
            Joe Satriani-Strange Beautiful Music-06 - Sleep Walk.mp3|3994693
            Joe Satriani-Strange Beautiful Music-05 - Mind Storm.mp3|6069233
            Joe Satriani-Strange Beautiful Music-04 - Chords Of Life.mp3|6088672
            Joe Satriani-Strange Beautiful Music-03 - Starry Night.mp3|5653575
            Joe Satriani-Strange Beautiful Music-02 - Belly Dancer.mp3|7271704
            Joe Satriani-Strange Beautiful Music-01 - Oriental
Melody.mp3|5676147
      Toby Keith
```

ShareListing.txt

Shock'n Y'all
    08 Nights I Can't Remember, Friends.mp3|5765120
Unknown Album
    You Ain't Much Fun Since I Quit Drin.mp3|2947072
Jimmy Eat World
    Clarity
        04 Believe In What You Want.mp3|3014877
    Static Prevails
        02 rock star.mp3|3651335
Woodstock '94-Woodstock 94 - Disc 2-13 - Peter Gabriel _ Biko.mp3|11679960
Woodstock '94-Woodstock 94 - Disc 2-12 - Traffic _ Pearly Queen.mp3|7386057
Woodstock '94-Woodstock 94 - Disc 2-11 - Bob Dylan _ Highway 61.mp3|9124558
Woodstock '94-Woodstock 94 - Disc 2-10 - Rollins Band _ Right Here Too
Much.mp3|7624832
Woodstock '94-Woodstock 94 - Disc 2-09 - Cypress Hill _ How I Could Just
Kill A Man.mp3|4845696
Woodstock '94-Woodstock 94 - Disc 2-08 - Candlebox _ Arrow.mp3|5162932
Woodstock '94-Woodstock 94 - Disc 2-07 - Collective Soul _ Shine.mp3|8596049
Woodstock '94-Woodstock 94 - Disc 2-06 - Violent Femmes _ Dance, M_F_,
Dance! - Kiss Off.mp3|9363584
Woodstock '94-Woodstock 94 - Disc 2-05 - Crosby, Stills & Nash _ Deja
Vu.mp3|10512512
Woodstock '94-Woodstock 94 - Disc 2-04 - Sheryl Crow _ Run, Baby,
Run.mp3|7842468
Woodstock '94-Woodstock 94 - Disc 2-03 - The Neville Brothers _ Come
Together.mp3|5599281
Woodstock '94-Woodstock 94 - Disc 2-02 - Paul Rodgers _ The Hunter
(featuring Slash, Jason Bonham, Neil Schon, Andy Fraser).mp3|7680128
Woodstock '94-Woodstock 94 - Disc 2-01 - Metallica _ For Whom The Bell
Tolls.mp3|10610816
Woodstock '94-Disc One-17 - Nine Inch Nails _ Happiness In
Slavery.mp3|8321024
Woodstock '94-Disc One-16 - (Stage Announcement).mp3|243380
Woodstock '94-Disc One-15 - Aerosmith _ Draw The Line _
F_I_N_E_.mp3|14034944
Woodstock '94-Disc One-14 - Jackyl _ Headed For Destruction.mp3|7993344
Woodstock '94-Disc One-13 - Primus _ Those Damned Blue-Collar
Tweekers.mp3|9654272
Woodstock '94-Disc One-12 - Porno For Pyros _ Porno For Pyros.mp3|4438016
Woodstock '94-Disc One-11 - Red Hot Chili Peppers _ Blood Sugar Sex
Magik.mp3|7712768
Woodstock '94-Disc One-09 - Salt-N-Pepa _ Shoop.mp3|7626211
Woodstock '94-Disc One-08 - Green Day _ When I Come Around.mp3|4335409
Woodstock '94-Disc One-07 - Blind Melon _ Soup.mp3|4808121
Woodstock '94-Disc One-06 - The Cranberries _ Dreams.mp3|6368572
Woodstock '94-Disc One-04 - Joe Cocker _ Feelin' Alright.mp3|7127168
Woodstock '94-Disc One-03 - Melissa Etheridge _ I'm The Only One.mp3|7997440
Woodstock '94-Disc One-02 - Blues Traveler _ But Anyway.mp3|6194283
Woodstock '94-Disc One-01 - Live _ Selling The Drama.mp3|6541607
Whole Lotta Love.mp3|5388844
What Is And What Should Never Be.mp3|4577081
Weezer - Mrs. Robinson.mp3|3584384
Van Wilder Soundtrack - 09 - transmatic - blind spot.mp3|3201193
Van Wilder - Bird 3 - Forgot Your Name.mp3|2911184
U2-The Best of 1980-1990_The B-Sides (2 of 2)-15 - Trash, Trampoline and the
Party Girl.mp3|2472984
U2-The Best of 1980-1990_The B-Sides (2 of 2)-14 - A Room at the Heartbreak
Hotel.mp3|4402283
U2-The Best of 1980-1990_The B-Sides (2 of 2)-13 - Endless Deep.mp3|2883503
U2-The Best of 1980-1990_The B-Sides (2 of 2)-12 - Silver and
Gold.mp3|4487547
U2-The Best of 1980-1990_The B-Sides (2 of 2)-11 - Hallelujah Here She
Comes.mp3|3887357

U2-The Best of 1980-1990_The B-Sides (2 of 2)-10 - Luminous Times (Hold on to Love).mp3|4453692
U2-The Best of 1980-1990_The B-Sides (2 of 2)-09 - Walk to the Water.mp3|4637594
U2-The Best of 1980-1990_The B-Sides (2 of 2)-08 - Unchained Melody.mp3|4716170
U2-The Best of 1980-1990_The B-Sides (2 of 2)-07 - Everlasting Love.mp3|3251641
U2-The Best of 1980-1990_The B-Sides (2 of 2)-06 - Dancing Barefoot.mp3|4615860
U2-The Best of 1980-1990_The B-Sides (2 of 2)-05 - Bass Trap.mp3|3418073
U2-The Best of 1980-1990_The B-Sides (2 of 2)-04 - Love Comes Tumbling.mp3|4532268
U2-The Best of 1980-1990_The B-Sides (2 of 2)-03 - Sweetest Thing.mp3|2967095
U2-The Best of 1980-1990_The B-Sides (2 of 2)-02 - Spanish Eyes.mp3|3152669
U2-The Best of 1980-1990_The B-Sides (2 of 2)-01 - The Three Sunrises.mp3|3766149
U2-The Best of 1980-1990-14 - All I Want Is You.mp3|9480069
U2-The Best of 1980-1990-13 - Angel of Harlem.mp3|3691752
U2-The Best of 1980-1990-12 - When Love Comes to Town.mp3|4136545
U2-The Best of 1980-1990-11 - Desire.mp3|2883085
U2-The Best of 1980-1990-10 - Sweetest Thing [The Single Mix].mp3|2937420
U2-The Best of 1980-1990-09 - The Unforgettable Fire.mp3|4735480
U2-The Best of 1980-1990-08 - I Will Follow.mp3|3493222
U2-The Best of 1980-1990-07 - Where the Streets Have No Name.mp3|4433714
U2-The Best of 1980-1990-06 - Bad.mp3|5630665
U2-The Best of 1980-1990-05 - Sunday Bloody Sunday.mp3|4521401
U2-The Best of 1980-1990-04 - I Still Haven't Found What I'm Looking For.mp3|4506355
U2-The Best of 1980-1990-03 - With or Without You.mp3|4784381
U2-The Best of 1980-1990-02 - New Year's Day.mp3|4148665
U2-The Best of 1980-1990-01 - Pride (In the Name of Love).mp3|3682223
TV Themes - Teenage Mutant Ninja Turtles Theme Song.mp3|981913
toby keith- honky tonk u.mp3|3320309
The_Game_ft_50Cent--How_We_Do.mp3|5835962
The Who-The Ultimate Collection (Disc 3)-04 - Magic Bus (UK Single Version).mp3|4765211
The Who-The Ultimate Collection (Disc 3)-03 - Happy Jack (Acoustic Version).mp3|4163977
The Who-The Ultimate Collection (Disc 3)-02 - I'm a Boy (Early Version).mp3|4817243
The Who-The Ultimate Collection (Disc 3)-01 - Substitute (Rare US Single Version).mp3|4340153
The Who-The Ultimate Collection (Disc 2)-14 - Eminence Front.mp3|8106041
The Who-The Ultimate Collection (Disc 2)-13 - You Better You Bet.mp3|8105418
The Who-The Ultimate Collection (Disc 2)-12 - Sister Disco.mp3|6272870
The Who-The Ultimate Collection (Disc 2)-11 - Who Are You.mp3|9149264
The Who-The Ultimate Collection (Disc 2)-10 - Squeeze Box.mp3|3908056
The Who-The Ultimate Collection (Disc 2)-09 - Love Reign O'er Me.mp3|8438949
The Who-The Ultimate Collection (Disc 2)-08 - 5'15.mp3|6966255
The Who-The Ultimate Collection (Disc 2)-07 - The Real Me.mp3|5143124
The Who-The Ultimate Collection (Disc 2)-06 - Long Live Rock.mp3|5637155
The Who-The Ultimate Collection (Disc 2)-05 - Join Together.mp3|6291678
The Who-The Ultimate Collection (Disc 2)-04 - Pure And Easy.mp3|7742415
The Who-The Ultimate Collection (Disc 2)-03 - Let's See Action.mp3|5752514
The Who-The Ultimate Collection (Disc 2)-02 - Won't Get Fooled Again.mp3|12313434
The Who-The Ultimate Collection (Disc 2)-01 - Behind Blue Eyes.mp3|5362558
The Who-The Ultimate Collection (Disc 1)-21 - Bargain.mp3|8061022
The Who-The Ultimate Collection (Disc 1)-20 - Baba O'Riley.mp3|7225945
The Who-The Ultimate Collection (Disc 1)-19 - My Wife.mp3|5163311
The Who-The Ultimate Collection (Disc 1)-18 - Summertime Blues

ShareListing.txt

(Live).mp3|4933887
        The Who-The Ultimate Collection (Disc 1)-17 - The Seeker.mp3|4629790
        The Who-The Ultimate Collection (Disc 1)-16 - See Me Feel Me.mp3|4958936
        The Who-The Ultimate Collection (Disc 1)-15 - I'm Free.mp3|3848622
        The Who-The Ultimate Collection (Disc 1)-14 - Pinball Wizard.mp3|4362091
        The Who-The Ultimate Collection (Disc 1)-13 - Magic Bus.mp3|4852352
        The Who-The Ultimate Collection (Disc 1)-12 - Call Me Lightning.mp3|3406012
        The Who-The Ultimate Collection (Disc 1)-11 - I Can See For
Miles.mp3|5946997
        The Who-The Ultimate Collection (Disc 1)-10 - Pictures Of Lily.mp3|3975271
        The Who-The Ultimate Collection (Disc 1)-09 - Happy Jack.mp3|3148332
        The Who-The Ultimate Collection (Disc 1)-08 - Boris The Spider.mp3|3565253
        The Who-The Ultimate Collection (Disc 1)-07 - I'm A Boy.mp3|3794705
        The Who-The Ultimate Collection (Disc 1)-06 - Substitute.mp3|5485560
        The Who-The Ultimate Collection (Disc 1)-05 - A Legal Matter.mp3|4048620
        The Who-The Ultimate Collection (Disc 1)-04 - The Kids Are
Alright.mp3|3997844
        The Who-The Ultimate Collection (Disc 1)-03 - My Generation.mp3|4787153
        The Who-The Ultimate Collection (Disc 1)-02 - Anyway, Anyhow,
Anywhere.mp3|3878749
        The Who-The Ultimate Collection (Disc 1)-01 - I Can't Explain.mp3|3024203
        The Ataris_Summer 79.mp3|5726388
        The Ataris - Boys of Summer.mp3|75044
        The Ataris - 10 - Boys Of Summer.mp3|6240268
        Teenage Mutant Ninja Turtles - Theme (cartoon show).mp3|33580
        Taylor Rain - Barely Legal 23 - by Bomkia.avi|8225045
        swirl 360 - Okay (National Lampoon's Van Wilder soundtrack).mp3|3497399
        Sum41 - Makes No Difference(Van Wilder).mp3|3076264
        Sugarcult - Bouncing Off the Walls (National Lampoon's Van Wilder
soundtrack)(1).mp3|3395962
        Sugar Bomb - Hello.mp3|3296825
        South Bound Saurez.mp3|6103040
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-20 - No Thang On
Me.mp3|5800157
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-19 - Girl Like
U.mp3|6570401
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-18 - Pass It Pass
It.mp3|6728711
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-17 - I'm Threw
Witchu.mp3|5650316
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-16 - Signs.mp3|6003548
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-15 - Can You Control
Yo Hoe.mp3|5101984
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-13 - Promise
I.mp3|4916410
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-12 - Fresh Pair of
Panties On.mp3|3505142
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-11 - WBallz
Interlude.mp3|354265
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-10 -
Perfect.mp3|8832601
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-09 - Step Yo Game
Up.mp3|6065180
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-08 - Let's Get
Blown.mp3|6242201
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-07 - Snoop D_O_ Double
G.mp3|5700618
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-06 - The
Bidness.mp3|4885484
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-05 - Ups &
Downs.mp3|5220143
        Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-04 - Can I Get A Flicc
Witchu.mp3|6567906

ShareListing.txt

Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-03 - Drop It Like It's Hot.mp3|6785408
Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-02 - Bang Out.mp3|4577595
Snoop Dogg-R&G - Rhythm and Gangster_ The Masterpiece-01 - I Love To Give You Light.mp3|3105246
Snoop Dogg ft Pharrel-Promo CD-01 - Drop It Like It's Hot.mp3|6535671
Simon and Garfunkel - The Sounds of Silence.mp3|3019560
Simon and Garfunkel - Scarborough Fair.mp3|3008610
Salute Your Shorts.mp3|1268888
Raggae-If I was a Rich Girl (Reggae Mix) .mp3|2746368
R.Kelly - Thoia Thoing (Remix).mp3|6264258
R.Kelly - Step in the name of love (remix).mp3|5192768
R.Kelly - Happy People.mp3|6793396
R. Kelly feat Jay - Z - Fiesta (Remix).mp3|2744448
R. Kelly - Thoia Thong.mp3|5359366
R. Kelly - Step In The Name of Love.mp3|5487472
R. Kelly - Remix to Ignition.mp3|4541432
R. Kelly - Ignition.mp3|3560263
R. Kelly & Jay Z - Fiesta.mp3|5310007
Pearl Jam-Riot Act-15 - All or None.mp3|4588860
Pearl Jam-Riot Act-14 - Arc.mp3|1050836
Pearl Jam-Riot Act-13 - 1_2 Full.mp3|4017510
Pearl Jam-Riot Act-12 - Bushleaguer.mp3|3803405
Pearl Jam-Riot Act-11 - Help, Help.mp3|3443652
Pearl Jam-Riot Act-10 - Greendisease.mp3|2580984
Pearl Jam-Riot Act-09 - Get Right.mp3|2539188
Pearl Jam-Riot Act-08 - You Are.mp3|4335159
Pearl Jam-Riot Act-07 - Thumbing My Way.mp3|4004971
Pearl Jam-Riot Act-06 - I Am Mine.mp3|6298194
Pearl Jam-Riot Act-05 - Ghost.mp3|3123077
Pearl Jam-Riot Act-04 - Crop Duster.mp3|3711146
Pearl Jam-Riot Act-03 - Love Boat Captain.mp3|4425020
Pearl Jam-Riot Act-01 - I Am Mine.mp3|6297728
Pearl Jam-Riot Act-01 - Can't Keep.mp3|3501748
Pearl Jam-Riot Act-0 - Thumbing My Way (Smooth Tracks).mp3|4011481
Pearl Jam-Riot Act-0 - All Or None.mp3|5231295
Paul Simon and Garfunkel - Mrs. Robinson.mp3|3687201
No Doubt - You_Can Do It.mp3|4083599
No Doubt - World Go 'Round.mp3|5986985
No Doubt - Underneath It All.mp3|7271008
No Doubt - Tragic Kingdom.mp3|5301114
No Doubt - Tragic Kingdom - Hey You.mp3|2581255
No Doubt - The Climb.mp3|6375899
No Doubt - Sunday Morning.mp3|4378769
No Doubt - Star Wars Theme (you GOTTA listen to this, it's COOL).mp3|702232
No Doubt - Spiderwebs.mp3|4299172
No Doubt - Sixteen.mp3|3238068
No Doubt - Running.mp3|5807733
No Doubt - I'm Just A Girl.mp3|3411298
No Doubt - Hey Baby.mp3|3205978
No Doubt - Happy Now.mp3|3606614
No Doubt - Excuse Me Mr..mp3|2977261
No Doubt - End It on This.mp3|5449104
No Doubt - Don't Speak.mp3|4218522
No Doubt - Different People.mp3|4411280
No Doubt -  Hella Good.mp3|5827795
Nirvana - Smells Like Teen Spirit.mp3|7240158
N.E.R.D - Things are gettin better.mp3|4076400
movie theme - Teenage Mutant Ninja Turtles (Turtle Power).mp3|4189668
Moby Dick.mp3|4182310
Mest - What's the Dilio.mp3|3166208
Ludacris-The Red Light District-02 - Number One Spot.mp3|10983818

ShareListing.txt
```
Lenny Kravitz-Greatest Hits-01 - Are You Gonna Go My Way.mp3|5080553
Led_Zeppelin-03-Fool_In_The_Rain.MP3|5968865
Led Zepplen - All of my Love.mp3|5616000
Led Zeppelin-Physical Graffiti (Disc 2)-09 - Sick Again.mp3|6794603
Led Zeppelin-Physical Graffiti (Disc 2)-08 - Black Country Woman.mp3|6555748
Led Zeppelin-Physical Graffiti (Disc 2)-07 - Boogie With Stu.mp3|5600353
Led Zeppelin-Physical Graffiti (Disc 2)-06 - The Wanton Song.mp3|5999034
Led Zeppelin-Physical Graffiti (Disc 2)-05 - Night Flight.mp3|5222897
Led Zeppelin-Physical Graffiti (Disc 2)-04 - Ten Years Gone.mp3|9436538
Led Zeppelin-Physical Graffiti (Disc 2)-03 - Down By The Seaside.mp3|7590208
Led Zeppelin-Physical Graffiti (Disc 2)-02 - Bron-Yr-Aur.mp3|3041120
Led Zeppelin-Physical Graffiti (Disc 2)-01 - In The Light.mp3|12644598
Led Zeppelin-Physical Graffiti (Disc 1)-06 - Kashmir.mp3|12208224
Led Zeppelin-Physical Graffiti (Disc 1)-05 - Trampled Under Foot.mp3|8082356
Led Zeppelin-Physical Graffiti (Disc 1)-04 - Houses Of The Holy.mp3|5821611
Led Zeppelin-Physical Graffiti (Disc 1)-03 - In My Time Of
Dying.mp3|15986186
Led Zeppelin-Physical Graffiti (Disc 1)-02 - The Rover.mp3|8091747
Led Zeppelin-Physical Graffiti (Disc 1)-01 - Custard Pie.mp3|6096830
Led Zeppelin-Led Zeppelin IV-08 - When the Levee Breaks.mp3|6868995
Led Zeppelin-Led Zeppelin IV-07 - Going to California.mp3|3401187
Led Zeppelin-Led Zeppelin IV-06 - Four Sticks.mp3|4577742
Led Zeppelin-Led Zeppelin IV-05 - Misty Mountain Hop.mp3|4477432
Led Zeppelin-Led Zeppelin IV-04 - Stairway to Heaven.mp3|7742947
Led Zeppelin-Led Zeppelin IV-03 - The Battle of Evermore.mp3|5651897
Led Zeppelin-Led Zeppelin IV-02 - Rock and Roll.mp3|3546219
Led Zeppelin-Led Zeppelin IV-01 - Black Dog.mp3|4767078
Led Zeppelin-Houses Of The Holy-08 - The Ocean.mp3|6508098
Led Zeppelin-Houses Of The Holy-07 - No Quarter.mp3|10093550
Led Zeppelin-Houses Of The Holy-06 - D'Yer Mak'er.mp3|6312496
Led Zeppelin-Houses Of The Holy-05 - Dancing Days.mp3|5358918
Led Zeppelin-Houses Of The Holy-04 - The Crunge.mp3|4739505
Led Zeppelin-Houses Of The Holy-03 - Over The Hills And Far Away.mp3|6963897
Led Zeppelin-Houses Of The Holy-02 - The Rain Song.mp3|11022057
Led Zeppelin-Houses of the Holy-01 - The Song Remains the Same.mp3|5296172
Led Zeppelin-BBC Sessions [Disc 2] [Live]-10 - Thank You.mp3|12711654
Led Zeppelin-BBC Sessions [Disc 2] [Live]-09 - Whole Lotta Love
(Medley).mp3|26404977
Led Zeppelin-BBC Sessions [Disc 2] [Live]-08 - That's The Way.mp3|10991338
Led Zeppelin-BBC Sessions [Disc 2] [Live]-07 - Going To
California.mp3|7508907
Led Zeppelin-BBC Sessions [Disc 2] [Live]-06 - Stairway To
Heaven.mp3|16950604
Led Zeppelin-BBC Sessions [Disc 2] [Live]-05 - Dazed And
Confused.mp3|35737032
Led Zeppelin-BBC Sessions [Disc 2] [Live]-04 - Black Dog.mp3|10165462
Led Zeppelin-BBC Sessions [Disc 2] [Live]-03 - Since I've Been Loving
You.mp3|13325250
Led Zeppelin-BBC Sessions [Disc 2] [Live]-02 - Heartbreaker.mp3|10116158
Led Zeppelin-BBC Sessions [Disc 2] [Live]-01 - Immigrant Song.mp3|6419701
Led Zeppelin-BBC Sessions [Disc 1] [Live]-14 - How Many More
Times.mp3|22747735
Led Zeppelin-BBC Sessions [Disc 1] [Live]-13 - You Shook Me(2).mp3|19824512
Led Zeppelin-BBC Sessions [Disc 1] [Live]-12 - I Can't Quit You
Baby(2).mp3|12183378
Led Zeppelin-BBC Sessions [Disc 1] [Live]-11 - Communication
Breakdown(3).mp3|5933116
Led Zeppelin-BBC Sessions [Disc 1] [Live]-10 - Somethin' Else.mp3|4094200
Led Zeppelin-BBC Sessions [Disc 1] [Live]-09 - Whole Lotta Love.mp3|11950200
Led Zeppelin-BBC Sessions [Disc 1] [Live]-08 - Travelling Riverside
Blues.mp3|9988283
Led Zeppelin-BBC Sessions [Disc 1] [Live]-07 - Communication
Breakdown(2).mp3|5159891
```

```
                            ShareListing.txt
        Led Zeppelin-BBC Sessions [Disc 1] [Live]-06 - What is and Should Never
Be.mp3|8344018
        Led Zeppelin-BBC Sessions [Disc 1] [Live]-05 - The Girl I Love She Got Long
Black Wavy Hair.mp3|5868920
        Led Zeppelin-BBC Sessions [Disc 1] [Live]-04 - Dazed and
Confused.mp3|12863806
        Led Zeppelin-BBC Sessions [Disc 1] [Live]-03 - Communication
Breakdown.mp3|6167297
        Led Zeppelin-BBC Sessions [Disc 1] [Live]-02 - I Can't Quit You
Baby.mp3|8445147
        Led Zeppelin-BBC Sessions [Disc 1] [Live]-01 - You Shook Me.mp3|10086895
        Led Zeppelin III-Led Zeppelin III-0 - Bron-Y-Aur Stomp.mp3|4154643
        Led Zeppelin - That's The Way.mp3|5405298
        Led Zeppelin - Tea for One.MP3|3952222
        Led Zeppelin - Tangerine.mp3|2844596
        Led Zeppelin - Since I've been loving you.mp3|1216679
        Led Zeppelin - Since I've Been Lovin.mp3|7094272
        Led Zeppelin - Royal Orleans.mp3|2881126
        Led Zeppelin - Nobody's Fault But Mine.mp3|6029194
        Led Zeppelin - In Through The Out Door - 04 - Hot Dog.mp3|4734976
        Led Zeppelin - Im gonna crawl.mp3|6608079
        Led Zeppelin - Hats Off to (Roy) Harper.mp3|3507573
        Led Zeppelin - Gallows Pole.mp3|4746064
        Led Zeppelin - For Your Life.mp3|29747
        Led Zeppelin - Fool in the Rain.mp3|73971
        Led Zeppelin - Communication Breakdown.mp3|5947392
        Led Zeppelin - 01 - In The Evening.mp3|9052288
        Krystal Harris - If I Was A Rich Girl (1) (1).mp3|2264747
        John Denver - Thank God Im A Country Boy.mp3|3044971
        Immigrant Song.1.mp3|2328704
        Hustler Barely Legal Teens - 18.mpg|3063237
        Gwen Stefani - if i was a rich girl.mp3|5681592
        Goo Goo Dolls-Dizzy Up The Girl-13 - Hate This Place.mp3|6338819
        Eric Prydz-Call On Me.mp3|5591424
        David Mead - Van Wilder Soundtrack - Girl on the roof.mp3|3231663
        daddy yankee ft pitbull - gasolina (remix).mp3|4617161
        daddy yankee - barrio fino - gasolina.mp3|3066951
        Cha Cha Slide - Mr C The Slide Man.mp3|4036694
        Celebration Day.mp3|3357476
        Cat Stevens - Cats In The Cradle.mp3|3697840
        Bryan Adams - Summer of 69.MP3|2986441
        Big and Rich - Save a Horse, Ride a Cowboy.mp3|4859531
        Animal House.avi|713535488
        American Hi-Fi - I'm a Fool - Van Wilder Soundtrack.mp3|3856384
        AC_DC--0 - Dirty Deeds Done Dirt Cheap.mp3|4020664
        Achilles Last Stand.mp3|8727387
        50 Cent-The Massacre-13 - Disco Inferno.mp3|3430277
        50 Cent,Eminem & Busta Rhymes - Hail Mary (Full Version).mp3|5066885
        50 Cent feat. G-Unit & Chingy - Right Thurr remix.mp3|3055166
        50 Cent - Places to Go.mp3|544025
        50 Cent - PIMP.mp3|576431
        50 Cent - Patiently Waiting Featuring Eminem.mp3|5779584
        50 Cent - Patiently Waiting (Feat. Eminem).mp3|0
        50 cent - P.I.M.P.wma|8712
        50 cent - Many Men.mp3|6151165
        50 Cent - Magic Stick.wma|3669201
        50 Cent - In Da Club.mp3|5802112
        50 Cent - Candy Shop.mp3|5059744
        50 Cent - 21 Questions [Explicit].wma|3621663
        11 - 50 Cent - Wanksta.mp3|5250790
        09 How Many More Times.wma|113711
        09 Bring It On Home.mp3|4174167
        09 - Bring It On Home.mp3|5668
                              Page 31
```

```
                        ShareListing.txt
08 Nobody's Fault But Mine.mp3|9731885
08 - I Can't Quit You Baby.mp3|7915520
07 Ramble on.mp3|4219614
06 Hots On For Nowhere.mp3|6827858
06 Black Mountain Side.mp3|3537397
06 - Living Loving Maid (She's Just A Woman).mp3|5058560
06 - Black Mountain Side.MP3|75616
05 out on the tiles.mp3|5922459
05 Heartbreaker.mp3|5084665
05 Fast Cars and Freedom.mp3|5263914
05 Carouselambra.mp3|17398168
05 - Your Time Is Gonna Come.mp3|7696384
04 Thank You.mp3|5794670
04 - Dazed And Confused.mp3|782947
03 The Lemon Song.mp3|7599736
03 - You Shook Me.mp3|10868736
02 Friends.wma|1916951
02 For Your Life.mp3|9227147
02 Candy Store Rock.mp3|6252922
02 Babe I'm Gonna Leave You.mp3|62201
02 - Babe, I'm Gonna Leave You.mp3|1895209
02 - Babe I'm Gonna Leave You.mp3|29698
01 P.I.M.P. (Remix) (Dirty).mp3|5505024
01 Immigrant Song.mp3|86430
01 Drugs or Jesus.mp3|7498546
01 - Good Times Bad Times.mp3|2674288
```