# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

November 1, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    Re:    Virgin Records America, Inc., et al. v. John Doe
            C.A. No. 05-331

Dear Judge Jordan:

    I represent the Plaintiffs in the above-captioned action. On May 26, 2005, Plaintiffs filed a Complaint, Summons and Motion for Leave to Take Immediate Discovery with Supporting Memorandum of Law in order to obtain the identity of the John Doe defendant. Based upon my review of the docket it does not appear that the Motion has been ruled upon by the Court. The requested relief is necessary in order to obtain the identity of the John Doe defendant so service of process can properly be accomplished.

    Furthermore, since 120 days from the filing of the Complaint has lapsed without Plaintiffs' ability to properly serve the John Doe Defendant, Plaintiffs respectfully request an additional 120 days from entry of the Court's Order on Plaintiffs' Motion to Take Immediate Discovery in order to serve the proper party defendant. If the Court requires a formal motion to obtain the requested extension of time to serve the summons and complaint, Plaintiffs will certainly do so immediately.

    I am available if the Court requires my appearance to present these matters to the Court.

Respectfully submitted,

*/s/ Robert S. Goldman*

ROBERT S. GOLDMAN

RSG:clb