IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC. a California corporation; CAPITOL RECORDS, INC. a Delaware Corporation and UMG RECORDINGS, INC., a Delaware Corporation,<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 05-CV-331 KAJ |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41 (a)(1)(i)

Plaintiffs, Virgin Records America, Inc., Capitol Records, Inc. and UMG Recordings, Inc., hereby voluntarily dismisses defendant, JOHN DOE from the above action without prejudice.

Dated: February 1, 2006

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Robert S. Goldman*
ROBERT S. GOLDMAN, ESQUIRE (#2508)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Virgin Records America, Inc.,
Capitol Records, Inc. and UMG Recording, Inc.